UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

ex rel. MARIO MIRABAL,

Plaintiff/Relator,

FILED BY_____D.C.

MAY 2 8 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Defendant.

FCA Case No.: 1:24-cv-24749-CMA

(Unsealed)

Related Consolidated Civil Action: Case No. 1:25-cv-26113-CMA

NOTICE OF RELATOR'S SECOND SUPPLEMENTAL DISCLOSURE TO
GOVERNMENT AGENCIES

Relator, Mario Mirabal, respectfully notifies the Court that on May 19, 2026, he
formally submitted a Second Supplemental Evidentiary Disclosure pursuant to 31
U.S.C. § 3730(b)(2) to the following federal agencies:

The United States Department of Justice (DOJ).

The Federal Deposit Insurance Corporation, Office of Inspector General (FDIC-OIG).

The Securities and Exchange Commission (SEC).

Relator provides this notice to confirm his ongoing compliance with the disclosure requirements of the False Claims Act and to ensure the record reflects the current status of materials provided for the government's investigation. A copy of the evidentiary disclosures is attached hereto as Exhibits A and B.

Respectfully submitted this 27th day of May, 2026.

/s/ Mario Mirabal

Mario Mirabal, Pro Se / Relator

563 W. 49th Street

Miami Beach, FL 33140

Mailing Address:

1026 SW 2nd AVE #304

Miami, FL 33130

solphax@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a true and correct copy of the Second Supplemental Evidentiary Disclosure (filed herewith as Exhibits A and B) was served via United States Mail upon the following parties as part of the Relator's supplemental disclosure obligations:

U.S. Department of Justice

Civil Division - Commercial Litigation Branch, Fraud Section

Attn: FCA Whistleblower Coordinator

P.O. Box 261, Ben Franklin Station

Washington, DC 20044

United States Attorney's Office

Southern District of Florida

Attn: Civil Division / Affirmative Civil Enforcement

99 N.E. 4th Street

Miami, FL 33132

/s/ Mario Mirabal

Mario Mirabal, Pro Se / Relator

# EXHIBIT A

NOTICE OF SUPPLEMENTAL EVIDENTIARY DISCLOSURE

FCA DOCKET: 1:24-cv-24749-CMA (S.D. Fla.)

DATE: 4.13.2026


TO:

1. United States Department of Justice

Civil Division – Commercial Litigation Branch (Fraud Section)

Attn: FCA Whistleblower Coordinator

P.O. Box 261, Ben Franklin Station, Washington, DC 20044


2. United States Attorney's Office (Southern District of Florida)

Attn: Civil Division / Affirmative Civil Enforcement

99 N.E. 4th Street, Miami, FL 33132


CC: INTER-AGENCY OVERSIGHT AND COORDINATION


DOJ Office of the Inspector General (DOJ-OIG) (Investigations Division)


FDIC Office of Inspector General (FDIC-OIG) (Shared-Loss / Receivership Division)


Securities and Exchange Commission (SEC) (Office of the Whistleblower)

RE: FORMAL NOTICE OF SUPPLEMENTAL EVIDENTIARY DISCLOSURE – PROOF OF SCIENTER AND PUBLIC MARKET CONTAGION

RELATOR: Mario Mirabal

FCA DOCKET: 1:24-cv-24749-CMA (S.D. Fla.)

SUBJECT TRUST: IndyMac INDX Mortgage Loan Trust 2007-AR5

DEFENDANTS: Deutsche Bank National Trust Company, et al.

## I. PURPOSE OF DISCLOSURE

Pursuant to the Relator's continuing statutory duty under the False Claims Act (31 U.S.C. § 3730(b)(2)) to provide the United States Government with all material evidence regarding the underlying fraud, Relator hereby submits this formal Notice of Supplemental Evidentiary Disclosure.

This submission provides the Government with documented, published proof establishing that the Defendants' use of void, post-receivership mortgage assignments is not a localized clerical error, but a matter of established public industry knowledge.

## II. THE ATTACHED EXHIBIT: PROOF OF SCIENTER

Attached hereto as Exhibit A is a true and correct copy of an industry trade analysis published by Mortgage Professional America (MPA) on September 15, 2025.

This publication, distributed to an audience of over 600,000 mortgage and secondary-market professionals, explicitly details the structural and chronological impossibility of the 2010 assignment utilized by the Defendants against the Relator's property.

The evidentiary significance of this publication to the Government's ongoing False Claims Act investigation is absolute:

Establishment of Scienter (Premeditated Intent): The Defendants cannot claim ignorance, administrative oversight, or lack of intent. The structural defects of the IndyMac 2007-AR5 trust assignments have been formally broadcast to the financial sector. The Defendants actively chose to continue their fraudulent enforcement, ejectment, and conveyance actions after the title defect was made a matter of public industry record.

Public Market Contagion: This fraud is no longer contained to a single local docket. The attached publication demonstrates that the title contagion threatening secondary market buyers and federal loss-share agreements (FDIC) is active, recognized by industry analysts, and poses a systemic risk to trust assets governed by New York law (EPTL § 7-2.4).

III. PRECLUSION OF DEFENSE COUNSEL MISREPRESENTATION

It is highly probable that defense counsel (Greenberg Traurig, P.A.) will attempt to approach the Department of Justice to characterize the Relator's claims as an isolated dispute.

The attached publication, combined with the computational forensic analysis

previously submitted to this Department and currently standing unrebutted on the Second Circuit appellate record (Case No. 26-292), proves that the Defendants are operating a calculated, multi-million-dollar structural fraud.

## IV. INTER-AGENCY COORDINATION

Because this fraud implicates SEC-regulated securitized trusts, FDIC receivership protocols, and DOJ False Claims Act enforcement, this evidentiary supplement is being served concurrently upon the SEC Whistleblower Office, the FDIC-OIG, and the DOJ-OIG to ensure total transparency and coordinated federal oversight of this contagion.

Respectfully submitted,

/s/ Mario Mirabal

Mario Mirabal

Relator, Pro Se

563 W. 49th Street

Miami Beach, FL 33140

Mailing: 1026 SW 2nd AVE #304, Miami, FL 33130

solphax@gmail.com

ENCLOSURES:

EXHIBIT A: Mortgage Professional America Article (Published Sept. 15, 2025)

EXHIBIT B: Relator's Docketed Notice of Disclosure & 55-Page Forensic Index

(FCA Docket 1:24-cv-24749-CMA) – Proof of Structural Fraud & Original Source Status.

EXHIBIT C: The Contagion Ledger: 48-Page Schedule of 300 Identical Fraudulent Post-Receivership Assignments within Miami-Dade County

1. DOJ Office of the Inspector General (DOJ-OIG)

U.S. Department of Justice

Office of the Inspector General

Attn: Investigations Division

950 Pennsylvania Avenue NW

Washington, DC 20530-0001

2. FDIC Office of Inspector General (FDIC-OIG)

Federal Deposit Insurance Corporation

Office of Inspector General

Attn: Shared-Loss / Receivership Division

3501 Fairfax Drive

Arlington, VA 22226

3. Securities and Exchange Commission (SEC)

Securities and Exchange Commission

Office of the Whistleblower

100 F Street, NE

Washington, DC 20549-5631

# EXHIBIT A

US   CA   AU   HZ   U?



🏠 · News

## Lawsuit challenges Deutsche Bank, PHH over Florida foreclosure assignment

---

**A new lawsuit claims a Florida foreclosure relied on a disputed mortgage assignment, putting industry practices and major players under scrutiny**



By Tez Romero

15 Sep 2025

Share

A new lawsuit in New York is putting the spotlight on mortgage assignments and foreclosure practices, with big names in the industry called out over a Florida property dispute.

Filed on September 8, 2025, in the Southern District of New York, the case of Mario Mirabal versus Deutsche Bank National Trust Company, PHH Mortgage Corporation, and KP Investments Miami, LLC, is already raising eyebrows among mortgage professionals.

At the heart of the complaint: Mirabal claims that the foreclosure judgment on his Miami Beach home is void because it was based on a mortgage assignment he says was fabricated years after the fact.

Mirabal's story starts with a mortgage that, according to his complaint, was transferred in June 2010—well after IndyMac Bank, the original lender, had failed and been taken over by the FDIC. The assignment moved the mortgage into the IndyMac INDX Mortgage Loan Trust 2007-AR5, but Mirabal says the trust's own rules closed the door on new loans years earlier. He's not just questioning the paperwork; he's arguing that the entire foreclosure process that followed was built on a shaky foundation.

The complaint lays out a timeline where the Miami-Dade foreclosure court, Mirabal says, never had the right to rule on his property in the first place. He points to a March 2020 dismissal with prejudice—meaning the case should have been over for good—followed by a December 2024 dismissal without prejudice, which came after the property had already been conveyed to KP Investments Miami, LLC on November 13, 2024. Mirabal alleges that these legal twists allowed the defendants to keep pushing for his eviction and to cloud the title to his home.

What's more, Mirabal claims that the assignment was signed by someone acting as "Attorney in Fact" for IndyMac Bank at a time when the bank no longer existed. He argues that this violated the trust's rules and New York law, which he says should make the foreclosure judgment a legal nonstarter.

For those in the mortgage business, this isn't just another homeowner-versus-bank story. Mirabal's complaint takes aim at the way mortgage assignments are handled, especially when it comes to trusts and securitization. He's asking the court to declare the foreclosure judgment and everything that followed it void, to stop any further attempts to enforce it, and to make sure the original loan documents are preserved.

The case also highlights the risks that come with documentation and compliance. If Mirabal's claims hold up, it could mean more scrutiny for how mortgages are transferred into trusts, especially after the fact. That's something every mortgage professional, from servicers to secondary market players, should be watching closely.

It's important to remember that these are just allegations at this point. The defendants haven't had their say in court yet, and no final decision has been made. But as this case moves forward, it's sure to be one to watch—not just for the parties involved, but for anyone in the mortgage industry who cares about the rules, the paperwork, and the risks that come with getting them wrong.

## Free e-newsletter

Our daily newsletter is FREE and keeps you up to date with the world of mortgage. Please complete the form below and click on SIGN UP to receive daily e-newsletters from *Mortgage Professional*.

Enter your Email address here

Sign up

## LATEST NEWS



[Why brokers should leverage construction lending to capture...](#)



[How women leaders in mortgage have paved the way for th...](#)



[Consumer prices spike as expected oil shock hits March CPI report](#)

## Free e-newsletter

Our daily newsletter is FREE and keeps you up to date with the world of mortgage.

Enter your Email address here

Sign up

Companies    Glossary    Newsletter    About Us    Authors    Privacy Policy    Cookie Policy
Consent Preferences    Conditions of Use    Terms & Conditions    Contact Us    Sitemap    RSS




Copyright © 1996-2026 KM Business Information US, Inc

# EXHIBIT B



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

## MARIO MIRABAL,

Relator,

v.

## DEUTSCHE BANK NATIONAL TRUST COMPANY,

Defendant.

### Case No. 1:24-cv-24749-CMA

## NOTICE OF RELATOR'S SUPPLEMENTAL DISCLOSURE TO GOVERNMENT AGENCIES

Relator, Mario Mirabal, respectfully notifies the Court that on March 23, 2026, he formally submitted a Master Evidentiary Referral and Supplemental Disclosure pursuant to 31 U.S.C. § 3730(b)(2) to the following federal agencies:

The United States Department of Justice (DOJ).

The Federal Deposit Insurance Corporation, Office of Inspector General (FDIC-OIG).

The Securities and Exchange Commission (SEC).

Relator provides this notice to confirm his ongoing compliance with the disclosure requirements of the False Claims Act and to ensure the record reflects the current status of materials provided for the government's investigation. A copy of the master referral index is attached hereto as Exhibit A.

Respectfully submitted this 24th day of March, 2026.

/s/ Mario Mirabal

Mario Mirabal, Pro Se / Relator

563 w 49 st

Miami Beach FL, 33140


Maling Address

1026 SW 2nd Ave #304

Miami, FL 33130

solphax@gmail.com


CERTIFICATE OF SERVICE


I hereby certify that on March 22, 2026, a true and correct copy of the Master
Evidentiary Referral (filed herewith as Exhibit A) was served via United States
Mail upon the following parties as part of the Relator's supplemental disclosure
obligations:


U.S. Department of Justice

Civil Division – Commercial Litigation Branch, Fraud Section

Attn: FCA Whistleblower Coordinator

P.O. Box 261, Ben Franklin Station

Washington, DC 20044


 United States Attorney's Office

Southern District of Florida

Attn: Civil Division / Affirmative Civil Enforcement

99 N.E. 4th Street

Miami, FL 33132

Respectfully submitted,

Mario Mirabal, Pro Se / Relator

# EXHIBIT A

UNITED STATES DEPARTMENT OF JUSTICE

CIVIL DIVISION – COMMERCIAL LITIGATION BRANCH

FRAUD SECTION


Attn: FCA Whistleblower Coordinator

P.O. Box 261

Ben Franklin Station

Washington, DC 20044

and

U.S. Attorney's Office

Southern District of Florida

Attn: Civil Division / Affirmative Civil Enforcement

99 N.E. 4th Street

Miami, FL 33132


RE: FALSE CLAIMS ACT DISCLOSURE SUPPLEMENT, CRIMINAL
RICO REFERRAL, AND REQUEST FOR FEDERAL INVESTIGATION


RELATOR:

Mario Mirabal

563 W. 49th Street

Miami Beach, FL 33140

solphax@gmail.com

FCA CASE NUMBER:

1:24-cv-24749-CMA

United States District Court

Southern District of Florida

RELATED CIVIL RIGHTS / RICO ACTION:

1:25-cv-26113-CMA

(Transferred from SDNY Case No. 1:25-cv-07419)

United States District Court

Southern District of Florida

RELATED FEDERAL PROCEEDINGS:

SDNY Civil Action: 1:25-cv-07423-LJL-OTW

Second Circuit Mandamus: Case No. 26-292

DEFENDANTS / SUBJECT ENTITIES:

Deutsche Bank National Trust Company,

as Trustee for IndyMac INDX Mortgage Loan Trust 2007-AR5

PHH Mortgage Corporation

KP Investments Miami, LLC

Carlos Perez (Agent of KP Investments)

Associated foreclosure counsel and entities, including but not limited to:
Adorno & Cunill, Damas Law, and related parties

NATURE OF SUBMISSION

This submission constitutes:

Supplemental Disclosure under the False Claims Act (31 U.S.C. § 3730(b)(2))

Formal Criminal Referral for Investigation under Federal RICO Statutes (18 U.S.C. §§ 1961–1968)

Request for Coordinated Investigation by the Department of Justice and the Federal Bureau of Investigation

SUMMARY OF MISCONDUCT

This submission presents documentary, forensic, and computationally

verifiable evidence of:

A systematic scheme involving the fabrication and recording of mortgage assignments executed by a defunct entity (IndyMac Bank, F.S.B.) post-FDIC receivership

Nationwide misuse of securitized trust structures governed by New York law (IndyMac INDX Mortgage Loan Trust 2007-AR5)

Violation of trust closing provisions and New York Estates Powers & Trusts Law (EPTL § 7-2.4)

Use of fraudulent assignments to initiate and sustain foreclosure, bankruptcy, and ejectment proceedings

Reliance on intermediary entities (e.g., Carlos Perez - KP Investments Miami, LLC) to effectuate unlawful property transfers

Perjured testimony and false representations in judicial proceedings

Interstate racketeering activity involving property records, courts, and financial institutions

SCOPE OF FRAUD IDENTIFIED

Over 300 fraudulent assignments identified in Miami-Dade County alone

Assignments executed between 2010 and 2025, all sharing identical structural defects

Evidence indicates thousands of similar assignments nationwide

four (4) individual assignments analyzed in detail and submitted as FCA exhibits

The subject property (Relator's homestead) serves as a representative example of the broader scheme

CORE FEDERAL VIOLATIONS IMPLICATED

This submission implicates, inter alia:

False Claims Act (31 U.S.C. § 3729 et seq.)

RICO (18 U.S.C. §§ 1961–1968)

Mail and Wire Fraud (18 U.S.C. §§ 1341, 1343)

Bank Fraud (18 U.S.C. § 1344)

Securities Fraud (15 U.S.C. §§ 77q(a), 78j(b); 18 U.S.C. § 1348)

False Statements (18 U.S.C. § 1001)

Perjury (18 U.S.C. § 1621)

Obstruction of Justice (18 U.S.C. § 1503)

Money Laundering (18 U.S.C. §§ 1956–1957)

FDIC Receivership Violations (12 U.S.C. § 1821(d))

PURPOSE OF THIS SUBMISSION

This filing is intended to:

Provide federal investigators with a structured evidentiary roadmap

Demonstrate that the Relator's case is not isolated, but part of a systemic, ongoing fraud scheme

Request formal criminal investigation and enforcement action

Preserve the record for federal coordination across civil, criminal, and regulatory bodies

CONFIDENTIALITY NOTICE

This submission references materials originally provided under seal pursuant to

31 U.S.C. § 3730(b)(2) and is intended for use by authorized federal personnel only.

Respectfully submitted,

/s/ Mario Mirabal

Mario Mirabal

Relator / Plaintiff Pro Se

Dated: 22, 2026

UNITED STATES DEPARTMENT OF JUSTICE

FALSE CLAIMS ACT DISCLOSURE STATEMENT

FORENSIC EVIDENTIARY INDEX & DOCUMENT-BASED FRAUD STRUCTURE

(IndyMac INDX Mortgage Loan Trust 2007-AR5 — Deutsche Bank / PHH Mortgage Corporation)

I. GOVERNING TRUST INSTRUMENT (PSA)

Pooling and Servicing Agreement

IndyMac INDX Mortgage Loan Trust 2007-AR5

Dated: March 1, 2007

Record Citation:

Mirabal v. Deutsche Bank National Trust Company,

Case No. 1:25-cv-07423-LJL-OTW (S.D.N.Y.)

ECF No. 22 (Plaintiff's Evidentiary Appendix including PSA)

Relevant Provisions

Article II — Conveyance of Mortgage Loans

Sections 2.01–2.02 — Transfer and delivery of mortgage loans

Definition and requirement of Mortgage Loan Schedule (Schedule A)

Forensic Findings

The PSA governs the creation and funding of the trust as of March 2007

The PSA requires identification of mortgage loans through a defined schedule

The PSA entered into the federal record contains no Mortgage Loan Schedule identifying the subject loan (563 W 49 St, Miami Beach, FL)

No record evidence establishes that the subject mortgage was conveyed into the trust at or before the PSA closing date

Evidentiary Significance

Trust ownership is asserted without documentary proof of acquisition

The governing trust instrument does not identify the subject loan as part of the securitized pool

## II. RECORDED ASSIGNMENT OF MORTGAGE (POST-CLOSING TRANSFER)

Assignment of Mortgage

Miami-Dade County, Florida

CFN: 2010R0438138

Official Records Book 27336, Page 3372

Execution Date: June 10, 2010

Document Characteristics

Assignor: IndyMac Bank, F.S.B.

Assignee: Deutsche Bank National Trust Company, as Trustee

Executed by: Erica A. Johnson-Seck, Attorney in Fact

Prepared by: Law Offices of David J. Stern

Forensic Findings:

The assignment was executed more than three years after the PSA closing date

IndyMac Bank, F.S.B. entered FDIC receivership in July 2008

The assignment purports to transfer the mortgage into a trust already closed in 2007

No recorded corporate authority or power of attorney is provided for the executing signatory

Evidentiary Significance:

The assignment operates as a post-closing transfer instrument

The document substitutes for missing trust acquisition evidence

The assigning entity lacked operational capacity at the time of execution

## III. BANKRUPTCY PROCEEDINGS — ASSERTION OF TRUST OWNERSHIP

Case: In re Mirabal

Case No. 23-20131-CLC

U.S. Bankruptcy Court, Southern District of Florida

A. Proof of Claim — Deutsche Bank National Trust Company

Record Citation:

Claims Register — Case No. 23-20131-CLC

Forensic Findings:

Deutsche Bank asserts secured creditor status as trustee

The claim relies on assignment-based documentation

No PSA Mortgage Loan Schedule is produced

No evidence is presented establishing transfer of the loan into the trust pior to closing

Evidentiary Significance:

Assertion of secured status without documentary proof of trust acquisition

Reliance on post-closing assignment rather than PSA-compliant transfer

B. Objection to Confirmation — Deutsche Bank

Docket Entry No. 60

Filed May 7, 2024

Forensic Findings:

Deutsche Bank reasserts ownership and secured claim status

No PSA loan schedule or trust acquisition record is introduced

Evidentiary Significance:

Reaffirmation of ownership claim without underlying securitization evidence

C. Motion for Relief from Stay — KP Investments Miami, LLC

Docket Entry No. 71

Filed July 2, 2024

Forensic Findings

KP Investments asserts ownership rights to the same property

Competing claims arise from separate chains of title

Evidentiary Significance:

Multiple entities assert rights to the same property based on overlapping or conflicting documentation

D. Order Granting Relief from Stay

Docket Entry No. 87

Entered August 21, 2024

Forensic Findings:

Relief granted without adjudication of PSA compliance

No determination of trust ownership or validity of assignment

No resolution of competing claims

Evidentiary Significance:

Enforcement permitted without resolving underlying ownership defects

E. Adversary Proceedings

Adversary Case No. 24-01418-CLC (Deutsche Bank)
Docket Entry No. 115

Adversary Case No. 24-01419-CLC (KP Investments)
Docket Entry No. 118

Forensic Findings

Claims raised include:

invalid lien

fraudulent conveyance

lack of ownership

Evidentiary Significance:

Direct challenges to the assignment and ownership structure formally entered into the record

F. Notice of Property Transfer

Docket Entry No. 135

Filed November 22, 2024

Forensic Findings:

Notice filed confirming transfer of subject property to KP Investments

Transfer occurs durring unresolved ownership disputes

Evidentiary Significance:

Final disposition of property derived from contested chain of title

## IV. STATE COURT FORECLOSURE RECORD

Case: Deutsche Bank National Trust Company v. Birencwajg

Case No. 2018-018704-CA-01

Order of Dismissal Without Prejudice

Entered December 3, 2024

Forensic Findings:

Court ordered return of original loan documents

Court directed substitution of photocopies into the record

Evidentiary Significance:

Original documentary evidence removed from court file

Replacement of original instruments with copies prior to continued litigation

## V. FEDERAL DISTRICT COURT PROCEEDINGS (SDNY)

Case: Mirabal v. Deutsche Bank National Trust Company

Case No. 1:25-cv-07423-LJL-OTW

Key Record Citations

ECF No. 22 — PSA and evidentiary appendix

ECF No. 31 — Transfer Order (Magistrate Judge Wang)

ECF No. 34 — Order affirming transfer (Judge Liman)

ECF Nos. 36–43 — Rule 60(b) and Rule 60(d)(3) submissions

Forensic Findings:

PSA inconsistencies and assignment defects formally submitted

Court did not adjudicate evidentiary issues prior to transfer

Case transferred without addressing ownership defects

Evidentiary Significance:

Federal court received but did not resolve material evidence concerning validity of the assignment and trust ownership

## VI. UNITED STATES COURT OF APPEALS — SECOND CIRCUIT

Case: In re Mirabal

Case No. 26-292

Key Record Citations:

Docket Entry No. 1 — Petition for Writ of Mandamus

Docket Entry No. 16 — Respondents' Letter

Docket Entry No. 22 — Motion to Take Judicial Notice (Rule 201)

Forensic Findings:

Judicial notice requested of:

PSA formation date (2007)

Assignment execution date (2010)

Both facts derived from public, non-disputable records

Evidentiary Significance:

Chronological conflict formally presented in federal appellate record

Core factual contradiction preserved irrespective of mandamus outcome

## VII. CONSOLIDATED FORENSIC STRUCTURE

Record-Based Conditions

PSA does not identify subject loan in trust schedule

No evidence of loan transfer into trust at or prior to closing

Assignment executed in 2010 attempts to supply ownership evidence

Assignor entity was in FDIC receivership at time of execution

No authority established for execution of assignment

Bankruptcy claim asserts ownership without PSA-based evidence

Multiple entities assert rights to the same property

Property transferred despite unresolved ownership disputes

Original loan documents removed and replaced with copies in state proceedings

Record-Based Conclusion:

The evidentiary record reflects systematic reliance on a post-closing assignment instrument in place of documented transfer into the trust under the governing PSA.

CERTIFICATION

This index is based exclusively on documents filed in:

United States District Court (S.D.N.Y.)

United States Bankruptcy Court (S.D. Florida)

Florida State Court proceedings

United States Court of Appeals (Second Circuit)

and is submitted as a structured evidentiary roadmap for review under the False Claims Act and related federal statutes.

## VIII. PATTERN AND PRACTICE ANALYSIS OF FRAUDULENT INDYMAC-DEUTSCHE BANK ASSIGNMENTS

(Connection Between Individual Assignment at Issue and Broader Assignment Fraud Scheme)

A. Overview and Scope

As documented in the False Claims Act (FCA) Disclosure Statement submitted to the DOJ, Relator Mario Mirabal has conducted comprehensive forensic analyses of mortgage assignments executed between IndyMac Bank, F.S.B. and Deutsche Bank National Trust Company. These analyses encompass four (4) specific assignments drawn from a sample of over 300 similar assignments discovered in Miami-Dade County Official Records alone, dated between 2010 and 2025.

The individual analysis of Relator's mortgage assignment (CFN: 2010R0438138, OR BK 27336 PG 3372) is demonstrably representative of the broader systematic pattern identified in these exhibits.

B. Exhibits and Forensic Analysis Overview

(Source: Relator's FCA Disclosure Statement, Exhibits A-D)

EXHIBIT A — DUQUE

Name(s):

Cesar A. Duque

Doroty Ronny Chacon Zabai

CFN: 20240675176

Book/Page: 34392 / 4147

Address: 8436 NW 113 Place, Doral, FL 33178

MortgageOrigin:

Originated by IndyMac Bank,F.S.B.

No publicly recorded assignment byFDIC,the Iawful receiver as of July11,2008

ForeclosureCases:

CaseNo.09-15117-CA-01

Filed in 2009

Dismissed for lack of prosecution (June22,2010)

Case No.13-2013-CA-028634

Filed in 2013

Dismissed on November18,2014

Assignments& LisPendens:

LisPendens#1 recorded in 2009 (pre-dismissaloffirstcase)

LisPendens#2 recorded in2013 (corresponding to second suit)

Assignment dated 2024: MERS as nominee for IndyMac assigns the mortgage to DeutscheBank

The assignment omits the FDIC, and is executed 16 years after IndyMac ceased to exist.


EXHIBIT B — PEINADO

Name(s):

Casilda E. Peinado

Leopoldo E. Peinado

CFN: 20250080958

Book/Page: 34601 / 398

Address: 5725 SW 154 Ct, Miami, FL 33193

MORTGAG EORIGIN:

Original Lender:IndyM acBank,F.S.B.

Placed into FDIC receivership on July11,2008

No FDIC assignment recorded in the public record

COURTFILINGS:

LisPendensFiled:

April 5,2010

Voluntary Dismissal & Release of Lis Pendens:

Recorded on September9, 2010, ending the foreclosure litigation without judgment

Post-Reception Assignment of Mortgage:

Executed in 2025 by MERS as nominee for IndyMac Bank,F.S.B.

Assigns the mortgage to Deutsche Bank National Trust Company.

No mention of FDIC as prioror intermediate holder

PHH Mortgage Corporation identified in related documentation as servicer or affiliated party

This assignment takes place 17 years after Indynac ceased to exist


EXHIBIT C — BIRENCWAJG/MIRABAL

Name: Ariana Birencwajg

CFN: 20100438138

Book/Page: 27336 / 3372

Address: 563 W 49 St, Miami Beach, FL 33140

Original Lender: IndyM acBank,F.S.B.

IndyMac Failure: Placed into FDIC receivership on July11,2008

FDIC Role :Became the Legal successor to all IndyMac assets.

AssignmentofMortgage(2010)

Assignor:IndyMacBank,F.S.B.

Assignee: Deutsche Bank National Trust Company,asTrustee for IndyMac

INDX Mortgage Trust 2007-AR5

Signatory: Robo Signer - EricaJohnson-seck, signing as"Attorney in Fact for IndyMac Bank

Prepared by: Disbared David J. Stern, Esq.,

Recordedon: June30,2010 (Miami-DadeCounty,Florida)

A 2024 unlawful conveyance of Relator's homestead by PHH Mortgage while:

Relator wasunder bankruptcy protection.

ARule1.540(b)motion was pending against Deutsche Bank in state court.

An adversary proceedin gagainst Deutsche Bank was on going in bankruptcy court.

Discrepancies in claimed debt amounts, showing:

PHH Mortgage claimed nearly $1.3 milion in bankruptcy court.

Deutsche Bank listed an unpaid balance of only $108,000.

This suggests fraudulent inflation of claims for unjust enrichment

The 2010 assignment of mortgage was executed two years after IndyMac Bank failed and ceased to exist


EXHIBIT D — COMME

Name: Ruth Marcedes Comme (corrected spelling)

CFN: 2023705341

Book/Page: 33910 / 3700

Address: 10847 SW 68 Dr, Miami, FL

Assignment of Mortgage (October2023)

Document Type: Assignment of Mortgage

Recording Date: October 4, 2023

Prepared by: PHH Mortgage

Return to: PHH Mortgage C/O Nationwide Title Clearing,LLC

Assignor: MERS as nominee for IndyMacBank,F.S.B.

Assignee: Deutsche Bank National Trust Company

The assignment in 2023 by an entity that ceased to exist 15years earlier.


in the forclosure docket for this case -

"XXX OTHER: REQUEST REJECTED. NO ORIGINAL
NOTE/MORTGAGE CAN BE RETURNED, FILE HAS BEEN
DESTROYED AS OF 01/01/2014."

No original note/mortgage can be returned

They admit that they do not have the original promissory note or mortgage
instrument.

"File has been destroyed as of 01/01/2014"

They claim- incredibly- that the loan file (which includes the note, mortgage,

possibly even the assignment history) was destroyed over a decade.

This is a direct admission that: Case 1:24-cv-24749-CMA Document 24
Entered on FLSD Docket 03/24/2025 Page 55 of 6 Deutsche Bank does not
possess the original note or mortgage.

The entire file was destroyed nearly a decade before the 2023 assignment
and foreclosure were initiated. 15 years after Indynac ceased to exist.


Each forensic analysis reveals uniform fraudulent indicia consistent with

Relator's individual mortgage assignment, confirming a deliberate, recurring pattern of fraudulent conduct and misuse of authority over a prolonged period.

C. Common Indicia of Fraud (Pattern Confirmation)

Analysis across the four (4) documented assignments consistently demonstrates the following systemic fraudulent characteristics:

Chronological Impossibility

Assignments consistently executed years after PSA trust closing dates.

Transfers occurred significantly after IndyMac Bank ceased operations due to FDIC receivership (July 2008).

Authority & Signature Fraud

Common unauthorized signatures (e.g., Erica A. Johnson-Seck) used without valid corporate or FDIC receivership authority.

Absence of documented corporate resolutions or powers of attorney validating signatory authority.

Structural Non-Compliance

Persistent absence of valid foundational documentation, especially Mortgage Loan Schedules.

Assignments not compliant with mandatory PSA terms, violating New York trust law (EPTL § 7-2.4).

FDIC Regulatory Violations

Systemic disregard of mandatory FDIC protocols for asset transfers post-bank receivership.

Unauthorized continuation of business activities by a non-operational assignor entity (IndyMac Bank, F.S.B.).

D. Correlation with Relator's Individual Assignment

The precise defects identified in Relator's mortgage assignment (June 10, 2010, CFN: 2010R0438138) are replicated verbatim across the 4 analyzed exhibits. This confirms that Relator's mortgage assignment is not an isolated case but part of a nationwide systemic scheme involving thousands of mortgage assignments, all executed fraudulently and unlawfully by the same entities (IndyMac Bank, F.S.B. and Deutsche Bank National Trust Company).

Given these detailed forensic studies, the Relator's assignment provides a critical benchmark evidencing a broader conspiracy and pattern and practice

of false claims, structural fraud, and violations of federal regulations and trust laws.

E. Investigative and Enforcement Recommendations

It is critical that the Department of Justice (DOJ) and Federal Bureau of Investigation (FBI) expand their scrutiny beyond the individual assignment to include the entire pool of IndyMac-to-Deutsche Bank assignments executed between 2008 and 2025 nationwide. Investigation must verify:

Consistent unauthorized execution by individuals without valid corporate or receivership authority.

Systematic violations of PSA deadlines and structural terms under New York law (EPTL § 7-2.4).

Ongoing violations of FDIC protocols concerning the post-receivership asset handling of IndyMac Bank, F.S.B.

Patterns indicating intentional, coordinated, and fraudulent conduct by Deutsche Bank, PHH Mortgage Corporation, and their foreclosure counsel (including prominent foreclosure mills such as the Law Offices of David J. Stern).

F. Evidence & Exhibits Reference

Exhibit A-D FCA Disclosure    DOJ Submission (Exhibits A-D)

Assignment BK 27336 PG 3372 Miami-Dade County Official Records

PSA Analysis (Mirabal) ECF No. 22 SDNY Case No. 1:25-cv-07423-LJL-OTW

DB Proof of Claim Claims Register BK Case No. 23-20131-CLC

## CONCLUDING CERTIFICATION

This comprehensive analysis conclusively documents that the Relator's individual assignment is emblematic of a fraudulent, systematic, nationwide scheme. The DOJ and FBI should take immediate investigative and enforcement action, utilizing this documentation to support a broader fraud investigation and False Claims Act enforcement.

## IX. DETAILED ANALYSIS OF RACKETEERING CONDUCT

(Identification of Federal Violations Under Civil and Criminal RICO Statutes)

A. Overview of Racketeering Activities

Deutsche Bank National Trust Company ("Deutsche Bank"), PHH Mortgage Corporation ("PHH"), and KP Investments Miami, LLC ("KP") have systematically engaged in racketeering activity through an intentional, coordinated pattern of fraudulent mortgage assignments recorded in official state property records (Miami-Dade County Official Records) and relied upon in judicial proceedings.

This scheme has involved:

Creation and Recording of Fraudulent Mortgage Assignments

Violation of FDIC Receivership Protocols and Regulations

Systematic Fraudulent Misrepresentation in Federal and State Courts

Conspiracy, Collusion, and Misuse of Corporate Entities (KP Investments, Miami LLC)

Wire and Mail Fraud in Furtherance of the Scheme

Obstruction of Justice through False and Fraudulent Filings

These activities clearly establish violations of Federal RICO statutes, both civilly actionable under 18 U.S.C. § 1964(c), and criminally actionable under 18 U.S.C. §§ 1961 and 1962.

B. Detailed Racketeering Conduct Violations

1. Fraudulent Assignment Scheme

Deutsche Bank and PHH systematically executed and filed fraudulent mortgage assignments for securitized loans, including approximately 300 assignments within Miami-Dade County alone. Each assignment falsely

represented transfers from IndyMac Bank, F.S.B. after FDIC receivership and after the relevant securitized trusts had closed.

Federal Statute Violations:

18 U.S.C. § 1341 (Mail Fraud): Filing fraudulent mortgage assignments in county property records through U.S. mail or similar interstate carriers.

18 U.S.C. § 1343 (Wire Fraud): Electronic filings and transmissions of fraudulent assignments to county recorders.

2. Systematic Violations of FDIC Regulations and Receivership Protocols

Assignments consistently represented transfers from IndyMac Bank post-July 11, 2008 FDIC receivership, when IndyMac ceased operating. No valid authority existed for any subsequent assignments after this date. Deutsche Bank and PHH knowingly violated federal regulations controlling FDIC asset management post-bank failure.

Federal Statute Violations:

12 U.S.C. § 1821(d) (FDIC Receivership Violations): Violating FDIC protocols by unauthorized representation of assignments from a closed and seized banking institution.

18 U.S.C. § 1001 (False Statements): False representation of authority and

ownership in federal (FDIC-related) asset documentation and court filings.

3. Violation of Federal Securities and Trust Laws

Deutsche Bank and PHH systematically violated PSA trust terms governed under New York Estates Powers & Trusts Law (EPTL § 7-2.4), involving securitized trust funds, specifically IndyMac INDX Mortgage Loan Trust 2007-AR5. Assignments were executed and filed years after the Trust's mandatory closing date, violating trust fund structuring under federal securities regulations.

Federal Statute Violations:

15 U.S.C. §§ 77q(a), 78j(b) (Securities Fraud): Fraudulent statements and omissions concerning securitized mortgage asset status under Trust documents.

18 U.S.C. § 1348 (Securities and Commodities Fraud): Fraudulent manipulation of securitized mortgage asset documentation under federal securities regulations.

4. Perjury, False Representation, and Obstruction of Justice in Judicial Proceedings

Deutsche Bank, PHH, and their foreclosure attorneys repeatedly filed fraudulent assignments and false affidavits in multiple judicial proceedings (federal bankruptcy courts, state foreclosure and ejectment actions).

KP Investments Miami, LLC and its agent Carlos Perez provided fraudulent affidavits, perjured testimony, and false representations under oath in state court proceedings.

Federal Statute Violations:

18 U.S.C. § 1621 (Perjury): False sworn statements by KP Investments' agents.

18 U.S.C. § 1503 (Obstruction of Justice): Submission of knowingly fraudulent documents and affidavits to obstruct proper judicial administration.

18 U.S.C. § 371 (Conspiracy to Commit Federal Offense or Defraud the United States): Conspiracy among Deutsche Bank, PHH, KP Investments, and related attorneys to defraud courts and obstruct justice.

5. Interstate and Foreign Commerce Violations (Carlos Perez - KP Investments, Miami LLC)

KP Investments Miami LLC functioned as an illicit intermediary and proxy entity, enabling Deutsche Bank and PHH to carry out unlawful conveyances, fraudulent foreclosures, and property acquisitions. KP's agent, Carlos Perez, a foreign national, repeatedly provided false testimony in state courts, deliberately falsified foreclosure records, and fraudulently acquired Relator's homestead property using illicit funds.

Federal Statute Violations:

18 U.S.C. §§ 1956-1957 (Money Laundering): Illegal financial transactions related to fraudulent real estate conveyances.

18 U.S.C. § 1962(c)-(d) (RICO Violations - Conduct and Conspiracy): KP Investments acting as an intermediary in interstate fraudulent real estate transactions, property transfers, and money laundering activity.

18 U.S.C. § 1546 (Visa and Immigration Fraud): Potential false representation in U.S. immigration documents tied to foreign national Carlos Perez conducting illicit activities under KP Investments Miami LLC.

6. Pattern and Practice of Racketeering Activity (RICO)

Over a documented period (2008-2025), Deutsche Bank, PHH, and KP Investments coordinated and executed fraudulent schemes involving numerous illegal transactions, false filings, and unlawful court proceedings. This extended and systematic behavior satisfies the "pattern and practice" requirement under 18 U.S.C. § 1961(5), clearly establishing a RICO enterprise engaging in ongoing illegal activities affecting interstate commerce.

C. Federal RICO Statutes Implicated (Summary)

The documented scheme implicates a clear violation of:

18 U.S.C. § 1962(c) (Conducting affairs through a pattern of racketeering activity).

18 U.S.C. § 1962(d) (Conspiracy to commit RICO violations).

Predicate acts include Mail Fraud, Wire Fraud, Perjury, Securities Fraud, Money Laundering, Obstruction of Justice, Visa Fraud, and FDIC regulatory violations.

D. Summary and Investigative Recommendations

The Department of Justice (DOJ) and Federal Bureau of Investigation (FBI) should immediately investigate the detailed pattern of criminal racketeering conduct identified. The clear existence of a RICO enterprise and racketeering scheme justifies urgent criminal enforcement actions against Deutsche Bank National Trust Company, PHH Mortgage Corporation, Carlos Perez - KP Investments Miami LLC, and involved foreclosure law firms and individuals.

E. Comprehensive Exhibits and Evidence Index

Stern Assignment (2010) Fraudulent Mortgage Assignment      OR BK 27336 PG 3372

Deutsche Bank Proof of Claim  Fraudulent documentation      BK Case No. 23-20131-CLC

FCA Disclosure Exhibits (A-d) 4 Assignments Fraud Analysis  DOJ FCA

Disclosure Filing

KP Warranty DeedFraudulent Conveyance of HomesteadOR BK 33460 PG 2232

Carlos Perez Deposition  Perjury, False Testimony Appeal Record (2022)

PSA (2007-AR5)  Trust and securities law violations  SDNY 1:25-cv-07423-LJL-OTW

SDNY Forensic Filing  Computational Fraud Analysis  SDNY 1:25-cv-07423-LJL-OTW

## X. OVERT ACTS OF THE RICO ENTERPRISE: WITNESS RETALIATION AND ILLICIT PROCEEDS (18 U.S.C. § 1513 & 18 U.S.C. § 1964)

Introduction

The economic devastation inflicted upon the Relator is not presented herein as a private civil grievance, but rather as direct evidentiary proof of the illicit proceeds generated by the RICO enterprise. The coordinated deprivation of the Relator's property by Deutsche Bank, PHH Mortgage, and KP Investments Miami LLC constitutes an overt act in furtherance of the conspiracy, designed both to unjustly enrich the enterprise and to retaliate against a federal whistleblower.

Applicable Federal Criminal Framework

The conduct resulting in the seizure and transfer of the Relator's homestead implicates the following federal enforcement statutes:

Witness Retaliation (18 U.S.C. § 1513): The unlawful ejectment and coordinated financial draining of the Relator were executed in direct response to, and in retaliation for, the Relator's protected disclosures under

the False Claims Act.

RICO Forfeiture and Civil Remedies (18 U.S.C. § 1963 & § 1964): The equity stripped from the subject property constitutes the illicit, laundered proceeds of the racketeering enterprise, making it subject to federal asset forfeiture and mandatory treble damages.

Obstruction of Justice (18 U.S.C. § 1503): The enterprise intentionally forced the Relator into years of costly litigation—using fraudulent instruments—to financially exhaust him and obstruct his ability to expose the underlying FCA violations.

Quantification of the Enterprise's Illicit Proceeds and Retaliatory Harm

The DOJ and FBI can readily quantify the minimum financial scope of the racketeering activity regarding this single property alone. The enterprise has successfully laundered and extracted a conservatively estimated $2,300,000.00 through this overt act, calculated as follows:

Illicitly Acquired Asset Value ($1,800,000): KP Investments Miami LLC currently holds title to the subject property, acquired strictly through reliance on the void, fraudulent 2010 assignment. Current market valuation (supported by publicly available 2026 real estate data) confirms the enterprise has successfully laundered a physical asset worth approximately $1.8 million.

Retaliatory Financial Deprivation ($500,000): The enterprise weaponized the judicial system, forcing the Relator to expend approximately $500,000 in actual attorney fees, litigation expenses, and pro se costs between 2008 and 2026. This was a deliberate tactic to obstruct justice and drain the resources

of the whistleblower.

Strategic Clarification for Federal Investigators

By isolating the financial mechanics of this specific property transfer, federal investigators are provided with a complete, closed-loop example of how the enterprise operates. The fraudulent 2010 assignment was the catalyst; the state court ejectment was the mechanism; and the $1.8 million property now held by KP Investments is the illicit proceed.

Because these damages stem directly from documented racketeering violations, they provide the DOJ with an immediate, statutory basis for federal asset seizure, treble damages under civil RICO, and criminal prosecution for witness retaliation.

Forensic Evidentiary Index for Overt Acts

BK Docket No. 71 & 135: KP Investments' motions and notices effectuating the sale and transfer of the property during active federal litigation.

Warranty Deed (OR Book 33445, Page 4877): The final recording instrument laundering the property into the possession of KP Investments.

Adversary Complaints (BK Case Nos. 24-01418-CLC & 24-01419-CLC): Documenting the weaponization of the bankruptcy courts to enforce the fraudulent assignment.

SDNY Rule 60 Filings (Case No. 1:25-cv-07423-LJL-OTW): Documenting

the Relator's active attempts to alert the federal judiciary, triggering the retaliatory acceleration of the ejectment.

## XI. FDIC REIMBURSEMENT AND FEDERAL LOSS EXPOSURE ANALYSIS

(IndyMac Bank, F.S.B. — Receivership / Shared-Loss Framework)

### A. Introduction

This section identifies objective indicators that the mortgage loans reflected in Exhibits A–D were subject to prior loss recognition, reimbursement claims, or federal disbursements following the FDIC receivership of IndyMac Bank, F.S.B. on July 11, 2008.

The forensic patterns identified below are highly consistent with loans that were previously treated as defaulted or non-performing—triggering federal reimbursement activity under FDIC Shared-Loss Agreements—and later unlawfully reintroduced into active enforcement through fabricated assignment instruments. This conduct presents a severe risk of double recovery, material misrepresentation of asset status, and the systematic abuse of federal loss frameworks.

### B. Exhibit Forensic Exposure Assessments

### EXHIBIT A — DUQUE

(CFN: 20240675176 | Book 34392, Page 4147)

Key Indicators:

Mortgage originated by IndyMac Bank, F.S.B.

No recorded transfer from the FDIC as lawful receiver.

Foreclosure initiated in 2009 and dismissed in 2010.

Second foreclosure initiated in 2013 and dismissed in 2014.

Assignment executed in 2024 from MERS (as nominee for IndyMac) to Deutsche Bank—sixteen (16) years after IndyMac ceased operations.

Assessment: The pattern of early foreclosure activity, followed by dismissal, prolonged dormancy, and a sudden 2024 assignment suggests prior internal resolution or loss treatment. The asset's enforceability was subsequently reconstructed post-receivership.

FDIC Loss / Reimbursement Exposure: HIGH

EXHIBIT B — PEINADO

(CFN: 20250080958 | Book 34601, Page 398)

Key Indicators:

Mortgage originated by IndyMac Bank, F.S.B.

No recorded transfer from the FDIC.

Foreclosure initiated in 2010, voluntarily dismissed, and Lis Pendens released without judgment.

Assignment executed in 2025 from MERS (as nominee for IndyMac)—seventeen (17) years after IndyMac ceased operations.

PHH Mortgage Corporation identified as active servicer.

Assessment: Early foreclosure initiation followed by voluntary dismissal and extreme long-term dormancy (15 years), combined with a 2025 assignment, is highly consistent with a loan that underwent prior FDIC loss processing, only to be later reactivated through fabricated title documentation.

FDIC Loss / Reimbursement Exposure: VERY HIGH

EXHIBIT C — BIRENCWAJG / MIRABAL (Relator)
(CFN: 2010R0438138 | Book 27336, Page 3372)

Key Indicators:

Mortgage originated by IndyMac Bank, F.S.B.

Assignment executed in 2010 (post-receivership) to assert transfer into a closed 2007 securitized trust.

PHH Mortgage asserted a bankruptcy claim of approximately $1.3 million, while Deutsche Bank records reflect an unpaid balance of only $108,000.

Ongoing enforcement and conveyance actions executed during active federal litigation.

Assessment: The combination of a void post-receivership assignment, massive inconsistencies in debt reporting, and aggressive enforcement raises a substantial likelihood of prior federal loss recognition, followed by the reassertion of inflated claims for unjust enrichment.

FDIC Loss / Reimbursement Exposure: VERY HIGH

EXHIBIT D — COMME

(CFN: 2023705341 | Book 33910, Page 3700)

Key Indicators:

Assignment executed in 2023 from MERS (as nominee for IndyMac) to Deutsche Bank—fifteen (15) years after IndyMac ceased operations.

Prepared by PHH Mortgage.

Court records reflect an explicit admission that the original note and mortgage file were "destroyed as of January 1, 2014."

Repeated foreclosure sale cancellations and procedural irregularities.

Assessment: This exhibit demonstrates undeniable post-receivership assignment fabrication to replace intentionally destroyed or missing original documentation.

FDIC Loss / Reimbursement Exposure: MODERATE TO HIGH

C. Pattern Indicators and Conclusion

Across all four properties, the evidentiary record reveals a synchronized pattern of conduct:

Assignments executed by or on behalf of a defunct institution (IndyMac) years after FDIC receivership.

The total absence of any recorded transfer from the FDIC, the only lawful successor to IndyMac assets.

The reliance on MERS to create post hoc assignments to bypass the FDIC

chain of title.

Sudden assignment activity following years of dormant litigation or prior foreclosure dismissals.

Reliance on reconstructed, fabricated, or "destroyed" documentation to assert standing.

Conclusion:

These indicators are consistent with a broader, systemic scheme involving the prior recognition of defaulted loans, the subsequent reintroduction of those loans into active enforcement through unauthorized assignments, and the potential double recovery of funds through both federal FDIC loss-share mechanisms and subsequent civilian foreclosure enforcement.

This exposure necessitates targeted federal investigation, specifically the immediate audit of FDIC loss-share claims, reimbursement requests, and disbursement ledgers associated with the identified properties.

## XII. REQUEST FOR DOJ-FDIC INVESTIGATIVE COORDINATION

The Relator respectfully requests the Department of Justice to formally coordinate with the FDIC in obtaining and verifying the following records crucial to establishing federal False Claims Act violations and supporting federal RICO investigations:

Loss-Share Payment Certificates or Reimbursement Claims submitted by

Deutsche Bank, PHH Mortgage, or associated entities for losses connected to the four identified properties (Exhibits A-D).

FDIC Disbursement Ledgers or official accounting records evidencing payouts to Deutsche Bank, PHH Mortgage, or any affiliated servicing entities for losses claimed against the identified properties, under IndyMac Bank Shared-Loss Agreements.

The above FDIC records are essential to conclusively verify that Deutsche Bank and PHH Mortgage fraudulently claimed losses and received federal funds based on assets they knowingly misrepresented as valid and lawful securitized trust acquisitions.

## XIII. SPECIFIC PROPERTIES FOR FDIC RECORDS REQUEST:

Cesar A. Duque

Doroty Ronny Chacon Zabai

CFN: 20240675176

Book/Page: 34392 / 4147

Address: 8436 NW 113 Place, Doral, FL 33178

Casilda E. Peinado

Leopoldo E. Peinado

CFN: 20250080958

Book/Page: 34601 / 398

Address: 5725 SW 154 Ct, Miami, FL 33193

Ariana Birencwajg

CFN: 20100438138

Book/Page: 27336 / 3372

Address: 563 W 49 St, Miami Beach, FL 33140

Ruth Marccdes Comme

CFN: 2023705341

Book/Page: 33910 / 3700

Address: 10847 SW 68 Dr, Miami, FL

JUSTIFICATION:

These FDIC-specific accounting records will substantiate the allegations of federal False Claims Act violations, financial fraud, and unlawful receipt of federal payments, thereby providing critical and irrefutable support for Relator's FCA and RICO claims.

XIV. COMPUTATIONAL FORENSIC FRAUD ANALYSIS

Objective

To determine whether the assignment of Plaintiff's mortgage, recorded in 2010 (and numerous similar assignments recorded after the trust's closing date between 2009 - 2025 ) and executed by purported agents of IndyMac, was legally valid under the 2007 PSA governing the IndyMac INDX

Respectfully submitted,

/s/ Mario Mirabal

Mario Mirabal, Pro Se

563 W. 49th Street

Miami Beach, FL 33140


Maling Address

1026 sw 2nd AVE #304

Miami FL 33130


solphax@gmail.com

03.22.2026

# EXHIBIT C

300+ assignments made post FDIC closure of IndyMac

from one U.S. County( Miami Dade )

USA county total -- 3,143 counties and county equivalents

| Clerk's File No | Doc Type | Rec Date | Rec Book/Page | Plat Book/Page |
|---|---|---|---|---|
| | | | Blk | |
| Legal Misc Ref | First Party (Code)Second Party (Code) | | | |

| 2009 R 399519 | AMO 06/03/09 | 26887 / 3990 | N/A |
|---|---|---|---|
| | INDYMAC BNK F S B (D) | | |
| | DEUTSCHE BNK NATL TRUST CO TRU | | |
| 2009 R 418262 | AMO 06/10/09 | 26896 / 3099 | N/A |
| | INDYMAC BNK FSB (D) | | |
| | DEUTSCHE BNK NATL TRUST CO TRU | | |
| 2009 R 473300 | AMO 06/30/09 | 26922 / 4156 | N/A |
| | INDYMAC BNK FSB (D) | | |
| | DEUTSCHE BNK NATL TRUST CO TRU | | |
| 2009 R 488359 | AMO 07/07/09 | 26930 / 1316 | N/A |
| | INDYMAC BNK FSB (D) | | |
| | DEUTSCHE BNK NATL TRUST | | |

2009 R 497107      AMO 07/10/09     26934 / 1272      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 497574      AMO 07/10/09     26934 / 2620      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 498188      AMO 07/10/09     26934 / 3999      N/A

INDYMAC BANK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 498277      AMO 07/10/09     26934 / 4791      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 498299      AMO 07/10/09     26934 / 4854      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 512094      AMO 07/15/09     26940 / 4700      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 515594      AMO 07/16/09     26942 / 3966      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 515639      AMO 07/16/09     26942 / 4047      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 515653     AMO 07/16/09     26942 / 4081     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 515762     AMO 07/16/09     26942 / 4275     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 542153     AMO 07/27/09     26955 / 2256     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 559866     AMO 08/03/09     26963 / 4598     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 573075     AMO 08/07/09     26970 / 636 N/A

INDYMAC BNK (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 629714     AMO 08/31/09     26996 / 22   N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 631289     AMO 09/01/09     26996 / 3956     N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 675940     AMO 09/18/09     27017 / 1268     N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRU

2009 R 679184      AMO 09/21/09      27018 / 4145        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 736510      AMO 10/09/09      27044 / 614 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 736544      AMO 10/09/09      27044 / 696 N/A

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST COMPANY

2009 R 743057      AMO 10/14/09      27047 / 423 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 748952      AMO 10/16/09      27049 / 3106        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 757058      AMO 10/19/09      27053 / 350 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 787422      AMO 10/30/09      27067 / 1797        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 787427      AMO 10/30/09      27067 / 1803      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 788665      AMO 11/02/09      27067 / 4922      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 793675      AMO 11/03/09      27070 / 2347      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 810023      AMO 11/10/09      27078 / 832 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 810028      AMO 11/10/09      27078 / 843 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 820957      AMO 11/16/09      27083 / 2145      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 820958      AMO 11/16/09      27083 / 2146      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 823275      AMO 11/17/09      27084 / 1911      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 841376     AMO 11/23/09     27092 / 1366     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 841450     AMO 11/23/09     27092 / 1628     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 841451     AMO 11/23/09     27092 / 1629     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 841452     AMO 11/23/09     27092 / 1630     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 842698     AMO 11/23/09     27092 / 4209     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 842904     AMO 11/24/09     27092 / 4624     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 848073     AMO 11/25/09     27095 / 1933     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 853600     AMO 12/01/09     27098 / 223 N/A

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2009 R 853608 | AMO 12/01/09 | 27098 / 253 N/A |
|---|---|---|

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2009 R 853624 | AMO 12/01/09 | 27098 / 297 N/A |
|---|---|---|

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2009 R 853676 | AMO 12/01/09 | 27098 / 427 N/A |
|---|---|---|

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2009 R 853744 | AMO 12/01/09 | 27098 / 576 N/A |
|---|---|---|

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2009 R 860114 | AMO 12/02/09 | 27101 / 255 N/A |
|---|---|---|

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2009 R 860117 | AMO 12/02/09 | 27101 / 258 N/A |
|---|---|---|

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2009 R 860119 | AMO 12/02/09 | 27101 / 260 N/A |
|---|---|---|

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860120      AMO 12/02/09      27101 / 261 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860121      AMO 12/02/09      27101 / 262 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860122      AMO 12/02/09      27101 / 263 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860124      AMO 12/02/09      27101 / 265 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860127      AMO 12/02/09      27101 / 268 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860128      AMO 12/02/09      27101 / 269 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860135      AMO 12/02/09      27101 / 276 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860136      AMO 12/02/09      27101 / 277 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860137     AMO 12/02/09     27101 / 278 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860139     AMO 12/02/09     27101 / 280 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860145     AMO 12/02/09     27101 / 286 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860147     AMO 12/02/09     27101 / 288 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860149     AMO 12/02/09     27101 / 290 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 860160     AMO 12/02/09     27101 / 301 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 863600     AMO 12/03/09     27102 / 2955     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 863584     AMO 12/03/09     27102 / 2913     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 871032    AMO 12/07/09    27106 / 1437    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 893972    AMO 12/15/09    27116 / 2964    N/A

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 898301    AMO 12/16/09    27118 / 2433    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 908369    AMO 12/21/09    27122 / 4579    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 921700    AMO 12/24/09    27128 / 4270    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 921703    AMO 12/24/09    27128 / 4273    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 921706    AMO 12/24/09    27128 / 4276    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 929222   AMO 12/29/09   27132 / 1843   N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 929223   AMO 12/29/09   27132 / 1844   N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 929224   AMO 12/29/09   27132 / 1845   N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 929228   AMO 12/29/09   27132 / 1849   N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2009 R 929234   AMO 12/29/09   27132 / 1855   N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 4255   AMO 01/05/10   27138 / 1839   N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 4257   AMO 01/05/10   27138 / 1841   N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 4261   AMO 01/05/10   27138 / 1845   N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 4262      AMO 01/05/10    27138 / 1846    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 4263      AMO 01/05/10    27138 / 1847    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 4267      AMO 01/05/10    27138 / 1851    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 4268      AMO 01/05/10    27138 / 1852    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 4269      AMO 01/05/10    27138 / 1853    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 4270      AMO 01/05/10    27138 / 1854    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 4271      AMO 01/05/10    27138 / 1855    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 7398      AMO 01/06/10    27139 / 4969    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 7399        AMO 01/06/10        27139 / 4970        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 7404        AMO 01/06/10        27139 / 4975        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 7406        AMO 01/06/10        27139 / 4977        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 7411        AMO 01/06/10        27139 / 4982        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 7418        AMO 01/06/10        27139 / 4989        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 12442        AMO 01/08/10        27142 / 994 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 29772        AMO 01/15/10        27150 / 3281        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 34636       AMO 01/19/10     27152 / 4772       N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 36899       AMO 01/20/10     27153 / 4986       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 36926       AMO 01/20/10     27154 / 18   N/A

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 39866       AMO 01/21/10     27155 / 1371       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 46387       AMO 01/22/10     27157 / 4706       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 58603       AMO 01/28/10     27163 / 1082       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 60196       AMO 01/28/10     27163 / 4822       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 60197       AMO 01/28/10     27163 / 4823       N/A
CORR

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 62513      AMO 01/29/10      27164 / 4852      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 62519      AMO 01/29/10      27164 / 4858      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 67765      AMO 02/01/10      27167 / 2313      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 79165      AMO 02/04/10      27172 / 2863      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 79281      AMO 02/04/10      27172 / 3143      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 86023      AMO 02/08/10      27176 / 186 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 86024      AMO 02/08/10      27176 / 187 N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 86027        AMO 02/08/10     27176 / 190  N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 86030        AMO 02/08/10     27176 / 193  N/A                    CORR

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 86033        AMO 02/08/10     27176 / 196  N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 88663        AMO 02/09/10     27177 / 1426        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 88665        AMO 02/09/10     27177 / 1430        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 88666        AMO 02/09/10     27177 / 1432        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 88935        AMO 02/09/10     27177 / 1996        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 88937        AMO 02/09/10     27177 / 1999        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 90001     AMO 02/09/10     27177 / 4395     N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 90014     AMO 02/09/10     27177 / 4408     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 90609     AMO 02/10/10     27178 / 840 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 91787     AMO 02/10/10     27178 / 3467     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 94490     AMO 02/10/10     27179 / 4122     N/A

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 96958     AMO 02/11/10     27180 / 4156     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 102595     AMO 02/16/10     27183 / 1927     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 102748     AMO 02/16/10     27183 / 2305     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 102749      AMO 02/16/10      27183 / 2306        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 104208      AMO 02/16/10      27184 / 667 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 105785      AMO 02/17/10      27184 / 3954        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 106784      AMO 02/17/10      27185 / 959 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 106785      AMO 02/17/10      27185 / 961 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 107565      AMO 02/17/10      27185 / 2771        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 115389      AMO 02/22/10      27188 / 4819        N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 118536     AMO 02/22/10     27190 / 1960     N/A

INDYMAC BNK F S B (D)

ONEWEST BNK FSB

2010 R 120261     AMO 02/23/10     27191 / 841  N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 122222     AMO 02/23/10     27192 / 67   N/A

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 122794     AMO 02/24/10     27192 / 1509     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 123345     AMO 02/24/10     27192 / 2662     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 125363     AMO 02/24/10     27193 / 2513     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 135292     AMO 03/01/10     27197 / 3865     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 139935     AMO 03/02/10     27199 / 3729     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 140598    AMO 03/02/10    27200 / 532 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 141672    AMO 03/03/10    27200 / 2534    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 146682    AMO 03/04/10    27202 / 3224    N/A
CORR

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 151571    AMO 03/05/10    27204 / 4683    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 151572    AMO 03/05/10    27204 / 4684    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 152046    AMO 03/05/10    27205 / 1182    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 155322    AMO 03/08/10    27206 / 3436    N/A

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

| | | | |
|---|---|---|---|
| 2010 R 157341 | AMO 03/09/10 | 27207 / 3121 | N/A |
| | INDYMAC BNK FSB (D) | | |
| | DEUTSCHE BNK NATL TRUST CO TRU | | |
| 2010 R 159136 | AMO 03/10/10 | 27208 / 2385 | N/A |
| | INDYMAC BNK FSB (D) | | |
| | DEUTSCHE BNK NATL TRUST CO TRU | | |
| 2010 R 159138 | AMO 03/10/10 | 27208 / 2387 | N/A |
| | INDYMAC BNK FSB (D) | | |
| | DEUTSCHE BNK NATL TRUST CO TRU | | |
| 2010 R 159140 | AMO 03/10/10 | 27208 / 2389 | N/A |
| | INDYMAC BNK FSB (D) | | |
| | DEUTSCHE BNK NATL TRUST CO TRU | | |
| 2010 R 164316 | AMO 03/11/10 | 27210 / 3216 | N/A |
| | INDYMAC BNK FSB (D) | | |
| | DEUTSCHE BNK NATL TRUST CO TRU | | |
| 2010 R 164317 | AMO 03/11/10 | 27210 / 3218 | N/A |
| | INDYMAC BNK FSB (D) | | |
| | DEUTSCHE BNK NATL TRUST CO TRU | | |
| 2010 R 166368 | AMO 03/12/10 | 27211 / 3689 | N/A |
| | INDYMAC BNK FSB (D) | | |
| | DEUTSCHE BNK NATL TRUST CO TRU | | |
| 2010 R 176558 | AMO 03/16/10 | 27216 / 705 | N/A |
| | INDYMAC BNK FSB (D) | | |

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 178214      AMO 03/17/10      27216 / 4143      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 180118      AMO 03/17/10      27217 / 3623      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 182390      AMO 03/18/10      27218 / 3565      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 184710      AMO 03/19/10      27219 / 3622      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 186367      AMO 03/19/10      27220 / 2594      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 186368      AMO 03/19/10      27220 / 2595      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 198956      AMO 03/24/10      27226 / 2578      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 198959      AMO 03/24/10      27226 / 2584      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 199046      AMO 03/24/10      27226 / 2785      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 204360      AMO 03/26/10      27228 / 4714      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 208004      AMO 03/29/10      27230 / 3341      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 208005      AMO 03/29/10      27230 / 3342      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 208313      AMO 03/29/10      27230 / 4319      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 214366      AMO 03/31/10      27233 / 3930      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 225381      AMO 04/06/10      27239 / 1234      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 225386      AMO 04/06/10      27239 / 1244       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 225387      AMO 04/06/10      27239 / 1246       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 227169      AMO 04/06/10      27240 / 62    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 229976      AMO 04/07/10      27241 / 2348       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 229979      AMO 04/07/10      27241 / 2351       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 229981      AMO 04/07/10      27241 / 2353       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 244033      AMO 04/13/10      27247 / 3775       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 273452      AMO 04/23/10      27260 / 4338       N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 273453     AMO 04/23/10     27260 / 4339     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 273455     AMO 04/23/10     27260 / 4341     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 276256     AMO 04/26/10     27262 / 880 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 276257     AMO 04/26/10     27262 / 881 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 280286     AMO 04/27/10     27264 / 701 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 280570     AMO 04/27/10     27264 / 1319     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 280572     AMO 04/27/10     27264 / 1322     N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 280573     AMO 04/27/10     27264 / 1324     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 280574    AMO 04/27/10    27264 / 1326    N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 280575    AMO 04/27/10    27264 / 1327    N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 283437    AMO 04/28/10    27265 / 2333    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 283417    AMO 04/28/10    27265 / 2296    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 287930    AMO 04/29/10    27267 / 2469    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 287937    AMO 04/29/10    27267 / 2483    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 287939    AMO 04/29/10    27267 / 2487    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 298214     AMO 05/04/10     27272 / 1805     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 298216     AMO 05/04/10     27272 / 1809     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 299136     AMO 05/05/10     27272 / 3926     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 301460     AMO 05/05/10     27273 / 4589     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 304662     AMO 05/06/10     27275 / 1972     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 304664     AMO 05/06/10     27275 / 1974     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 304665     AMO 05/06/10     27275 / 1975     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 304667     AMO 05/06/10     27275 / 1977     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 310384      AMO 05/10/10      27278 / 1026      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 319727      AMO 05/13/10      27282 / 2676      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 327953      AMO 05/17/10      27286 / 1706      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 329476      AMO 05/17/10      27287 / 1      N/A

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 330493      AMO 05/17/10      27287 / 2331      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 332286      AMO 05/18/10      27288 / 1206      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 342825      AMO 05/21/10      27292 / 4848      N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 353007     AMO 05/26/10     27297 / 2738     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 353008     AMO 05/26/10     27297 / 2739     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 353009     AMO 05/26/10     27297 / 2740     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 353010     AMO 05/26/10     27297 / 2741     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 353011     AMO 05/26/10     27297 / 2742     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 366277     AMO 06/02/10     27303 / 4177     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 369610     AMO 06/03/10     27305 / 1309     N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 378340     AMO 06/07/10     27309 / 624 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 378344    AMO 06/07/10    27309 / 628 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 378346    AMO 06/07/10    27309 / 630 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 378575    AMO 06/07/10    27309 / 984 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 378576    AMO 06/07/10    27309 / 985 N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 378664    AMO 06/07/10    27309 / 1224    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 383129    AMO 06/08/10    27310 / 4981    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 383130    AMO 06/08/10    27310 / 4982    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 383146    AMO 06/08/10    27310 / 5001    N/A

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 395980    AMO 06/11/10    27317 / 1029    N/A

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATL TRU CO

2010 R 395981    AMO 06/11/10    27317 / 1031    N/A

INDYMAC BNK (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 395984    AMO 06/11/10    27317 / 1037    N/A

INDYMAC BNK (D)

ONEWEST BNK FSB

2010 R 402599    AMO 06/15/10    27320 / 471  N/A

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRU CO

2010 R 417191    AMO 06/21/10    27327 / 730  N/A

INDYMAC BNK (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 424537    AMO 06/23/10    27330 / 1503    N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 424539    AMO 06/23/10    27330 / 1505    N/A

INDYMAC BNK F S B RECEIVER FOR (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 424541      AMO 06/23/10      27330 / 1507        N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 424547      AMO 06/23/10      27330 / 1514        N/A

INDYMAC BNK F S B RECEIVER FOR (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 428025      AMO 06/25/10      27332 / 450 N/A

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST COMPANY

2010 R 438136      AMO 06/30/10      27336 / 3370        N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 438137      AMO 06/30/10      27336 / 3371        N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 438138      AMO 06/30/10      27336 / 3372        N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 441987      AMO 07/01/10      27338 / 1757        N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 441988      AMO 07/01/10      27338 / 1758        N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2010 R 441991 | AMO 07/01/10 | 27338 / 1761 | N/A |

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2010 R 443889 | AMO 07/01/10 | 27339 / 1119 | N/A |

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRU CO TRU

| 2010 R 443891 | AMO 07/01/10 | 27339 / 1121 | N/A |

INDYMAC BNK FSB (D)

DEUTSCHE BNK NATL TRU CO TRU

| 2010 R 451626 | AMO 07/06/10 | 27343 / 801 | N/A |

INDYMAC BNK (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2010 R 539089 | AMO 08/10/10 | 27382 / 2971 | N/A |

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2010 R 617028 | AMO 09/13/10 | 27417 / 3366 | N/A |

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2010 R 625573 | AMO 09/15/10 | 27421 / 2030 | N/A |

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

| 2010 R 742856 | AMO 11/02/10 | 27475 / 2423 | N/A |

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 742860     AMO 11/02/10     27475 / 2429     N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 758607     AMO 11/08/10     27483 / 1497     N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 758726     AMO 11/08/10     27483 / 1895     N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2011 R 282689     AMO 05/02/11     27672 / 2338     N/A

INDYMAC BNK FED BNK FSB RECEIVER FOR (D)

DEUTSCHE BNK NATL TRUST CO TRU

2011 R 326827     AMO 05/18/11     27692 / 4328     N/A

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATL TRU CO TRU

2011 R 418663     AMO 06/27/11     27734 / 4783     N/A

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRU CO TRU

2011 R 451151     AMO 07/11/11     27750 / 2866     N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2011 R 462169    AMO 07/13/11    27755 / 1179    N/A

INDYMAC BNK FED FSB RECEIVER FOR (D)

DEUTSCHE BNK NATL TRUST CO TRU

2011 R 463509    AMO 07/14/11    27755 / 3870    N/A

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATL TRU CO TRU

2011 R 676254    AMO 10/07/11    27852 / 4281    N/A

INDYMAC BANK (D)

DEUTSCHE BNK NATL TRUST CO TRU

2011 R 697233    AMO 10/17/11    27861 / 3658    N/A

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2011 R 752771    AMO 11/08/11    27887 / 580 N/A

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST CO TRU

2011 R 764939    AMO 11/14/11    27892 / 3836    N/A

INDYMAC BNK F S B (D)

DEUTSCHE BNK NATL TRUST CO TRU

2011 R 769993    AMO 11/15/11    27895 / 258 N/A

INDYMAC BNK (D)

DEUTSCHE BANK NATIONAL TRUST COMPANY

2011 R 770371    AMO 11/16/11    27895 / 1066    N/A

INDYMAC BANK FSB RECEIVER OF (D)

DEUTSCHE BANK NATL TRUST CO TRU

2011 R 815194     AMO 12/06/11     27916 / 910 N/A

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST CO TRU

2011 R 821900     AMO 12/08/11     27919 / 2520       N/A

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2011 R 825201     AMO 12/08/11     27921 / 246 N/A

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATL TRU CO

2010 R 329476     AMO 5/17/2010     27287/1

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2010 R 395980     AMO 6/11/2010     27317/1029

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATL TRU CO

2010 R 402599     AMO 6/15/2010     27320/471

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRU CO

2010 R 428025     AMO 6/25/2010     27332/450

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST COMPANY

2011 R 326827      AMO 5/18/2011    27692/4328

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATL TRU CO TRU

2011 R 418663      AMO 6/27/2011    27734/4783

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRU CO TRU

2011 R 463509      AMO 7/14/2011    27755/3870

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATL TRU CO TRU

2011 R 676254      AMO 10/7/2011    27852/4281

INDYMAC BANK (D)

DEUTSCHE BNK NATL TRUST CO TRU

2011 R 697233      AMO 10/17/2011  27861/3658

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2011 R 752771      AMO 11/8/2011    27887/580

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST CO TRU

2011 R 815194      AMO 12/6/2011    27916/910

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST CO TRU

2011 R 821900      AMO 12/8/2011    27919/2520

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2011 R 825201     AMO 12/8/2011    27921/246

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATL TRU CO

2012 R 9560       AMO 1/6/2012     27952/994

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 19964      AMO 1/10/2012    27957/1395

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 20124      AMO 1/11/2012    27957/1805

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 22196      AMO 1/11/2012    27958/1340

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 106447     AMO 2/15/2012    27997/4156

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST COMPANY

2012 R 120708     AMO 2/22/2012    28004/1980

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 128031      AMO 2/23/2012     28007/3063

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATL TRU CO TRU

2012 R 157813      AMO 3/6/2012      28021/319

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 199598      AMO 3/21/2012     28041/2649

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST CO

-------------------------------------------------------------------------------------------

2012 R 455814      AMO 6/28/2012     28167/180

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 618699      AMO 8/31/2012     28252/4119

INDYMAC BANK FSB (D)

DEUTSCHE BNKNATL TRUST CO TRU

2012 R 653714      AMO 9/13/2012     28271/4016

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 654046      AMO 9/14/2012     28272/85

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 690829      AMO 9/28/2012    28291/1490

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 777296      AMO 10/30/2012  28335/2056

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 845244      AMO 11/27/2012  28371/1177

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2012 R 862798      AMO 12/3/2012    28380/3261

INDYMAC BANK FSB (D)

2012 R 910788      AMO 12/19/2012  28405/4804
CORRECTIVE

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRU CO TRU

2013 R 130677      AMO 2/19/2013    28494/756

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2013 R 157890      AMO 2/28/2013    28508/1835

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST CO TRU

2013 R 162858      AMO 3/1/2013      28510/3834

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2013 R 181940      AMO 3/8/2013      28521/2836

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2013 R 184737      AMO 3/11/2013    28523/1335

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATL TRUST CO TRU

2013 R 209564      AMO 3/19/2013    28536/2915

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2013 R 275173      AMO 4/10/2013    28573/835

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST COMPANY

2013 R 365546      AMO 5/9/2013      28621/1658

INDYMAC BANK FSB (D)

DEUTSCHE BANK NATIONAL TRUST COMPANY

2013 R 484906      AMO 6/18/2013    28684/3731

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

2013 R 509464      AMO 6/26/2013    28698/356

INDYMAC BANK FSB (D)

DEUTSCHE BNK NATL TRUST CO TRU

CFN: 20220690730 BOOK 33365 PAGE 2280
DATE:09/01/2022 03:05:41 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Recording Requested By:
PHH MORTGAGE CORPORATION

When Recorded Return To:

LIEN RELEASE
PHH MORTGAGE CORPORATION
1661 WORTHINGTON ROAD, SUITE
100, WEST PALM BEACH, FL 33409

---

## CORPORATE ASSIGNMENT OF MORTGAGE

Miami-Dade, Florida
SELLER'S SERVICING #: 7192311608 "BRENES"
INVESTOR'S LOAN #:  NW SAT
SELLER'S LENDER ID#:  D6C

Date of Assignment: _____ **AUG 1 6 2022**

Assignor: FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB SUCCESSOR IN INTEREST TO INDYMAC BANK, F.S.B. at 1601 BRYAN STREET, DALLAS, TX 75201
Assignee: DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR8 at C/O PHH MORTGAGE CORPORATION, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409

Executed By: ORENCIO JESUS GARCIA BRENES To: Mortgage Electronic Registration Systems, Inc., as MORTGAGEE, as nominee for INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK, its successors and assigns
Date of Mortgage: 04/19/2006 Recorded: 05/23/2006 in Book/Reel/Liber: 24554 Page/Folio: 4063 as Instrument No.: 2006R0562007 in the County of Miami-Dade, State of Florida.

Assessor's/Tax ID No. 0622280571430

Property Address: 2000-2020 NE 135 STREET UNIT 805, NORTH MIAMI, FL 33181

Legal:  UNIT NO. 805, BUILDING 2020, OF KEYSTONE TOWERS, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 23579, AT PAGE 2663, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $228,600.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB SUCCESSOR IN INTEREST TO INDYMAC BANK, F.S.B.
On **AUG 1 6 2022**

By: _____
SHANNON ORTIZ, ATTORNEY IN-FACT

This assignment is made without recourse, representation or warranty, express or implied, by the FDIC in its corporate capacity or as Receiver.

CFN: 20220690730 BOOK 33365 PAGE 2281

STATE OF _____
COUNTY OF _____

On _____, before me by means of [x] physical presence or [ ] online notarization, _____, a Notary Public in and for _____ in the State of _____, personally appeared _____, _____ of FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB SUCCESSOR IN INTEREST TO INDYMAC BANK, F.S.B., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal,

_____

See attached
CA Acknowledgement

_____
Notary Expires:   /   /

(This area for notarial seal)

Prepared By: _____

I) Sweta Gupta, PHH MORTGAGE CORPORATION 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409

CFN: 20220690730 BOOK 33365 PAGE 2282

## CA  NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )
COUNTY OF LOS ANGELES   )SS.


On   AUG 1 6 2022   before me ____ Stephanie Jo Schulte ___, Notary Public, personally appeared_____Shannon Ortiz_____ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
             Stephanie Jo Schulte

My Commission Expires: November 4, 2022

STEPHANIE JO SCHULTE
Notary Public - California
Los Angeles County
Commission # 2261800
My Comm. Expires Nov 4, 2022

CFN: 20220665281 BOOK 33350 PAGE 2186
DATE:08/23/2022 01:35:31 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B., WHOSE ADDRESS IS, 1601 BRYAN STREET, DALLAS, TX 75201, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2005-A4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-D, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage was made by LIDIA ESCOBAR AND MARCO ESCOBAR to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR SURECREDIT USA HOME LOANS, INC., ITS SUCCESSORS AND ASSIGNS and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book 23072 and Page 1250, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on __AUG/16 2022__ (MM/DD/YYYY)

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B.

By: _____
SHANNON ORTIZ, ATTORNEY IN FACT

This assignment is made without recourse, representation or warranty, express or implied, by the FDIC in its corporate capacity or as Receiver.

Witnesses:

JOSHUA GREY JR.

Stephanie Schulb

STATE OF _____   COUNTY OF _____
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on ____/____/____ (MM/DD/YYYY), by _____
as _____ of INDYMAC BANK, F.S.B., who, as such _____ being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

See attached
CA Acknowledgement

_____
Notary Public - STATE OF _____
Commission expires:

Document Prepared By: Dave LaRose/NTC, 2100 Alt 19 North, Palm Harbor, FL 34683 (800)346-9152
PHH02 431737995 OCWEN-NVLER T212207-12:24:42 [C-1] FRMFL1

*D0096366448*

## CA NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
COUNTY OF <u>LOS ANGELES</u>   )SS.

On____**AUG 1 6 2022**____before me _____Stephanie Jo Schulte____, Notary Public, personally appeared_____Shannon Ortiz_____who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____
            Stephanie Jo Schulte

My Commission Expires: November 4, 2022

STEPHANIE JO SCHULTE
Notary Public · California
Los Angeles County
Commission # 2261800
My Comm. Expires Nov 4, 2022

CFN: 20220531939 BOOK 33270 PAGE 2015
DATE:07/01/2022 12:39:45 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

When Recorded Return To:
PHH Mortgage Corporation
C/O Nationwide Title Clearing,
LLC 2100 Alt. 19 North
Palm Harbor, FL 34683

Loan Number 7190794383

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer and set over the described Mortgage, all liens, and any rights due or to become due thereon to DEUTSCHE BANK NATIONAL TRUST COMPANY, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE ON BEHALF OF GSAA HOME EQUITY TRUST 2006-17, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage was made by HUMBERTO E. RODRIGUEZ AND VERONICA I. SEGRERA, HIS WIFE and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, FLORIDA, in Book 24757, Page 1811 and CFN 2006R0805199, upon the property situated in said State and County as more fully described in said Mortgage.

Dated this 28th day of June, 2022
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____

Donna Valenzano, Assistant Secretary

Witnesses:

_____
Gwen Murakami

_____
Yanique Atkinson Edwards

STATE OF FLORIDA     COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 28th day of June, 2022, by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Kelley Earle
Notary Public - STATE OF FLORIDA
Commission expires: 12/18/2023

Notary Public State of Florida
Kelley Earle
My Commission GG 937927
Expires 12/18/2023

Document Prepared By: Donna Valenzano, PHH Mortgage Corporation, a subsidiary of Ocwen Financial Corporation, 5720 Premier Park Drive West Palm Beach, FL 33407 800-210-8849
PHHPD 433052366 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) MIN 100055401237744943 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T222206-08:46:28 [C-1] FRMFL1

*D0095356673*

CFN: 20220667478 BOOK 33351 PAGE 3537
DATE:08/24/2022 10:25:30 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2006-E, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2006-E, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $228,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by MARIA MERCEDES JAMALI and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book 24690 and Page 4427, upon the property situated in said State and County as more fully described in said Mortgage.
Modification: 06/19/2013 BK: 28685 PG: 4946

Dated on 08/22/2022 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
Beverly Clayton
Assistant Secretary

Witnesses:

_____
Yanique Atkinson Edwards

_____
Kayla Murphy

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 08/22/2022 (MM/DD/YYYY), by Beverly Clayton as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Javon Norman
Notary Public - STATE OF FLORIDA
Commission expires: 4/25/2026

Notary Public State of Florida
Javon Norman
My Commission
HH 257173
Exp. 4/25/2026

Document Prepared By: Benedicth Francois, PHH Mortgage Corporation, One Mortgage Way, Mt. Laurel, NJ 08054, 800-449-8767
PHH02 433677073 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) NOTEXP MIN 100055401237297116 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 TJ22208-02:59:52 [C-1] FRMFL1_PHH02

*D0096834211*

CFN: 20220587725 BOOK 33303 PAGE 4006
DATE:07/25/2022 10:58:03 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR31, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR31, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $165,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by MIGUEL GARCIA AND VICTORIA GARCIA, HUSBAND AND WIFE and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book 24807 and Page 1408, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 07/21/2022 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____

Donna Valenzano
Assistant Secretary

Witnesses:

_____
Netty N. Bangala

_____
Yanique Atkinson Edwards

STATE OF FLORIDA        COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 07/21/2022, by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Kelley Earle
Notary Public - STATE OF FLORIDA
Commission expires: 12/18/2023

Notary Public State of Florida
Kelley Earle
My Commission GG 937927
Expires 12/18/2023

Document Prepared By: Benedicth Francois, PHH Mortgage Corporation, One Mortgage Way, Mt. Laurel, NJ 08054, 800-449-8767
PHH02 433220182 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER MIN 100055401238660775 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T062207-11:19:28 [C-1] FRMFL1_PHH02

*D0095852555*

CFN: 20240841596 BOOK 34481 PAGE 4366
DATE:11/06/2024  03:24:04 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-A, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $320,600.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by LIZZETTE M. HART, AN UNMARRIED WOMAN and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book: 24207, Page: 2708 and CFN 2006R0124017, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 10/31/2024 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
Donna Valenzano
Assistant Secretary

Witnesses: _____
Ezra E. Pugh
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Sheila McCoy
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 10/31/2024 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Kelley Earle
Notary Public - STATE OF FLORIDA
Commission expires: 12/18/2027

KELLEY EARLE
Notary Public
State of Florida
Comm# HH468739
Expires 12/18/2027

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 442929951 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100055401225768482 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T292410-03;11:27 [C-0] FRMFL1_PHH02

*D0109199524*

CFN: 20250149923 BOOK 34636 PAGE 3171
DATE:02/27/2025 02:55:30 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** hereby assigns unto **PHH MORTGAGE CORPORATION, A NEW JERSEY CORPORATION, WHOSE ADDRESS IS 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407 (800)449-8767, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**, the said Mortgage having an original principal sum of $408,500.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by **HARRY FIGUEROA AND AYMED GONZALEZ** and recorded in Official Records of the Clerk of the Circuit Court of **MIAMI-DADE** County, **Florida**, in **Book 25571, Page 4576 and CFN 2007R0427137**, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on ___02 / 20 / 2015___ (MM/DD/YYYY)

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**

By: _____
NETTY N. BANGALA
ASSISTANT SECRETARY

Witnesses: _____
Madison Hodges
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Kelley Earle
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA   COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization   on ___02 / 20 / 2015___ (MM/DD/YYYY),   by NETTY N. BANGALA as ASSISTANT SECRETARY   of MORTGAGE   ELECTRONIC   REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such ASSISTANT SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Gwen Murakami
Notary Public - STATE OF FLORIDA
Commission expires:   **JAN 0 7 2026**

Notary Public State of Florida
Gwen Murakami
My Commission
HH 205421
Exp. 1/7/2026

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 443835554  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER (R)  MIN 100055401262832159 MERS PHONE 1-888-679-6377 MERS Mailing Address:
P.O. Box 2026, Flint, MI 48501-2026  T122502-01:05:32 [C-1] FRMFL1_PHH02

*D0111588630*

CFN: 20240929156 BOOK 34531 PAGE 1838
DATE:12/11/2024  03:18:35 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A14CB MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-N, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $195,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by CARMEN MARIN AND JAIRO MARIN, WIFE AND HUSBAND and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book: 25009, Page: 1044 and CFN: 2006R1111519, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 12/06/2024 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
Donna Valenzano
Assistant Secretary

Witnesses:

_____
Netty N. Bangala
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Ezra E. Pugh
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 12/06/2024 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Madison Hodges
Notary Public - STATE OF FLORIDA
Commission expires: 6-9-28

Notary Public State of Florida
Madison Hodges
My Commission HH 536660
Expires  6/9/2028

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 443310062 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100055401244438257 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O.
Box 2026, Flint, MI 48501-2026 T042412-03:55:02 [C-0] FRMFL1_PHH02

*D0109974661*

CFN: 20220089918 BOOK 32991 PAGE 4513
DATE:01/31/2022  01:53:17 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Recording Requested By:
PHH MORTGAGE CORPORATION

When Recorded Return To:

LIEN RELEASE
PHH MORTGAGE CORPORATION
1661 WORTHINGTON ROAD, SUITE
100, WEST PALM BEACH, FL 33409

---

## CORPORATE ASSIGNMENT OF MORTGAGE

Miami-Dade, Florida
SELLER'S SERVICING #:7191092399 "OBANDO"
SELLER'S LENDER ID#:  V2D
INVESTOR'S LOAN #:  NW SAT

Date of Assignment: ____ **JAN 0 6 2022** ____
Assignor: FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B. at 1601 BRYAN STREET, DALLAS, TX 75201
Assignee: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2 at C/O PHH MORTGAGE CORPORATION, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409

Executed By: NERVIN OBANDO AND GEMA OBANDO To: INDYMAC BANK, F.S.B.
Date of Mortgage: 10/28/2005 Recorded: 11/14/2005 in Book/Reel/Liber: 23952 Page/Folio: 4947 as Instrument No.: 2005R1175811 in the County of Miami-Dade, State of Florida.

Assessor's/Tax ID No: 07-2208-003-0660

Property Address: 1501 NORTHEAST 179TH STREET, NORTH MIAMI BEACH, FL 33162

Legal:  A PARCEL OF LAND LOCATED IN THE COUNTY OF MIAMI-DADE, STATE OF FLORIDA, AND KNOWN AS:

BEING LOT NUMBER 22 BLOCK 165 IN FULFORD BY THE SEA SECTION L AS SHOWN IN THE RECORDED PLAT/MAP THEREOF IN BOOK 10 PAGE 26 OF MIAMI-DADE COUNTY RECORDS.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $46,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B.

On ___ **JAN 0 6 2022** ___

By: _____
MARISA BROYLES,
ATTORNEY IN FACT

> This assignment is made without recourse, representation or warranty, express or implied, by the FDIC in its corporate capacity or as Receiver.

STATE OF _____
COUNTY OF _____

On _____, before me by means of [x] physical presence or [ ] online notarization,_____,
a Notary Public in and for _____ in the State of _____, personally
appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

See attached
CA Acknowledgement

_____
Notary Expires:   /  /

(This area for notarial seal)

CFN: 20220089918 BOOK 32991 PAGE 4514

## CA NOTARY ACKNOWLEDGEMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )
COUNTY OF LOS ANGELES  )SS.

On_____January 6, 2022_____before me ____Yolanda Evette Smith____,

Notary Public, personally appeared_____Marisa Broyles_____who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
            Yolanda Evette Smith

My Commission Expires: December 18, 2022

YOLANDA EVETTE SMITH
Notary Public - California
Los Angeles County
Commission # 2271703
My Comm. Expires Dec 18, 2022

CFN: 20220765011 BOOK 33408 PAGE 107
DATE:10/04/2022  09:00:04 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-A, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $230,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by JUAN RIVERO and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book 24189 and Page 1098, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 09/23/2022 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS.

By: _____
YANIQUE A ATKINSON EDWARDS
ASSISTANT SECRETARY

Witnesses:
_____
Benedicth Francois

_____
Jasmine Jones

STATE OF FLORIDA    COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 09/23/2022 (MM/DD/YYYY), by YANIQUE A ATKINSON EDWARDS as ASSISTANT SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such ASSISTANT SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____ Kayla Murphy
Notary Public - STATE OF FLORIDA
Commission expires:  JUN 2 1 2023

Notary Public State of Florida
Kayla Murphy
My Commission GG 326844
Expires 06/21/2023

Document Prepared By: Benedicth Francois, PHH Mortgage Corporation, One Mortgage Way, Mt. Laurel, NJ 08054, 800-449-8767
PHH02 434152267 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100055401226944579 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  T212209-03:16:54 [C-1] FRMFL1 PHH02

*D0097615176*

CFN: 20240822489 BOOK 34471 PAGE 3616
DATE:11/01/2024 11:18:57 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR27, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $224,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by JORGE GONZALEZ AND ROCIO GONZALEZ, HIS WIFE and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book: 23864, Page: 2402 and CFN: 2005R1071542, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 10/24/2024 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
Donna Valenzano
Assistant Secretary

Witnesses:

_____
Sheila McCoy
5720 Premier Park Drive, West Palm Beach, FL 33407.

_____
Kelley Earla
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 10/24/2024 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Madison Hodges
Notary Public - STATE OF FLORIDA
Commission expires: 6 - 9 - 28

Notary Public State of Florida
Madison Hodges
My Commission MH 536680
Expires 6/9/2028

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 442851582 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100055401220133260 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T222410-09:53:51 [C-0] FRMFL1_PHH02

*D01090024004*

# EXHIBIT B

MARIO MIRABAL

563 W. 49th Street

Miami Beach, FL 33140

Mailing Address: 1026 SW 2nd AVE #304, Miami, FL 33130

solphax@gmail.com

FCA Case Number: 1:24-cv-24749-CMA (S.D. Fla.)


DATE: May 19, 2026


VIA U.S. MAIL


TO:

UNITED STATES DEPARTMENT OF JUSTICE

Civil Division - Commercial Litigation Branch

Fraud Section

Attn: FCA Whistleblower Coordinator

P.O. Box 261, Ben Franklin Station

Washington, DC 20044


UNITED STATES ATTORNEY'S OFFICE

Southern District of Florida

Attn: Civil Division / Affirmative Civil Enforcement

99 N.E. 4th Street

Miami, FL 33132

CC: CONTINUING FEDERAL OVERSIGHT (VIA CERTIFIED U.S. MAIL)

SECURITIES AND EXCHANGE COMMISSION (SEC)

Office of the Whistleblower

100 F Street, NE

Washington, DC 20549

FEDERAL DEPOSIT INSURANCE CORPORATION - OFFICE OF INSPECTOR GENERAL (FDIC-OIG)

3501 Fairfax Drive

Arlington, VA 22226

RE: SUPPLEMENTAL RELATOR DISCLOSURE: ONGOING MULTI-STATE RACKETEERING AND FCA VIOLATIONS

FCA Case Number: 1:24-cv-24749-CMA (S.D. Fla.)

Named Defendant: Deutsche Bank National Trust Company

Subject Entities / Enterprise: PHH Mortgage Corporation (f/k/a Onity Mortgage); Mortgage Electronic Registration Systems, Inc. (MERS); et al.

United States Department of Justice and United States Attorney:

On March 23, 2026, I submitted a comprehensive, 124-page Master Evidentiary Referral and FCA Disclosure Statement to your offices detailing systemic, document-based assignment fraud by the Subject Entities. For the sake of administrative economy, that 124-page Master Referral is incorporated herein by reference as Exhibit A.

I am formally submitting this Supplemental Disclosure to provide the Government with computationally verifiable evidence that the racketeering and assignment fraud executed by Defendant Deutsche Bank and its agents is not a localized or historical grievance. The evidence attached supports both the active False Claims Act litigation (Case No. 1:24-cv-24749-CMA) and the consolidated civil RICO action currently before the Southern District of Florida (Case No. 1:25-cv-26113-CMA).

This Matrix proves that the Subject Entities are operating an active, ongoing, multi-state criminal enterprise utilizing the U.S. Mail and interstate wires well into the year 2026.

Please find the supplemental evidence attached hereto:

EXHIBIT B: Lee County, Florida "Wet-Ink" Assignments

Five (5) recently fabricated mortgage assignments recorded in Lee County, Florida, between 2022 and 2026. These expose the active 2026 continuation of the fraud under the new "Onity" corporate shield.

EXHIBIT C: Maricopa County, Arizona "Wet-Ink" Assignments

Four (4) recently fabricated mortgage assignments recorded in Maricopa County, Arizona, between 2022 and 2024. These records prove the active, cross-state manufacturing of titles utilizing a "Zombie FDIC" legal fiction out of Los Angeles.

EXHIBIT D: San Diego County, California "Wet-Ink" Assignments

Two (2) recently fabricated mortgage assignments recorded in San Diego County, California, in February and April of 2026. These records mathematically prove the enterprise remains highly active on the West Coast today.

EXHIBIT E: New York Counties (Kings/Queens) "Wet-Ink" Assignments

Three (3) recently fabricated mortgage assignments recorded in New York between 2021 and 2024, proving the enterprise's East Coast document-manufacturing operations (utilizing an Idaho-based mill) remain active within the current statutory window.

EXHIBIT F: Miami-Dade County, Florida "Wet-Ink" Assignments (Courtesy Extraction)

Eight (8) recently fabricated mortgage assignments recorded in Miami-Dade County, spanning from the 2010 David J. Stern baseline to April 2026. This exhibit is a direct physical extraction from Exhibit A and newly acquired public records,

provided separately to allow the Agencies to seamlessly cross-reference the localized Miami-Dade fraud against the multi-state operations detailed in Exhibits B through E without searching through the 124-page Master Referral.

By expanding the evidentiary record to include Florida, California, and New York, this Supplemental Disclosure confirms the enterprise is actively utilizing interstate commerce, the U.S. Mail, and wire transmissions to launder illicitly acquired real estate assets on a national scale today.

I respectfully request that the Department of Justice incorporate Exhibits B-F into its active investigation and evaluation of whether to intervene in FCA Case No. 1:24-cv-24749-CMA prior to the August 2026 statutory deadline.

## MASTER EVIDENTIARY BLUEPRINT & FORENSIC EXHIBIT ANNEX

Relator: Mario Mirabal

Defendant: Deutsche Bank National Trust Company

Associated Enterprise / Agents: PHH Mortgage Corporation (f/k/a Onity Mortgage), Mortgage Electronic Registration Systems, Inc. (MERS), et al.

## PART I: THE MASTER BLUEPRINT (THE THREE PILLARS OF FRAUD)

A forensic review of the 22 attached Exhibits unequivocally proves Defendant and its agents operate an industrialized forgery syndicate. To bypass broken chains of title originating from the 2008 collapse of IndyMac Bank, the enterprise utilizes three distinct, legally impossible mechanisms to manufacture counterfeit securities between 2021 and April 2026:

THE "ZOMBIE FDIC" METHOD:

Defendant and its agents execute documents claiming to act as the "Receiver for IndyMac Bank." IndyMac collapsed and was fully resolved/sold by the FDIC by 2009. It is legally impossible for the FDIC to be actively assigning assets on behalf of a non-existent entity in 2022 and 2024.

THE "DEAD MERS" METHOD:

Under the Law of Agency, a "Nominee" relationship terminates immediately upon the death of the principal. Defendant and its agents repeatedly use MERS to act as the Nominee for IndyMac Bank up to 18 years after IndyMac ceased to exist.

THE REMIC TRUST VIOLATIONS:

Defendant and its agents routinely attempt to retroactively assign these assets into tax-exempt New York securitized trusts (Vintages 2005, 2006, 2007) decades after their strict closing dates. This is a direct violation of IRS REMIC tax codes and the trusts' own Pooling and Servicing Agreements (PSAs).

PART II: FORENSIC EXHIBIT ANNEX (THE 22-DOCUMENT JURISDICTIONAL MATRIX)

The following Exhibits expose the "Musical Chairs" of the enterprise's corporate signatories. Low-level clerks operating in document mills in Palm Beach (FL), Pinellas (FL), and Los Angeles (CA) continuously swap executive titles to manufacture these documents. They are grouped by jurisdiction to match the physical attachments provided to the Court and the Department of Justice.

EXHIBIT B: LEE COUNTY, FLORIDA

These five (5) documents expose the daily rotation of "robosigning" titles and the active 2026 continuation of the fraud under the new "Onity" corporate shield.

EXHIBIT B-1: (Execution Date: Apr 15, 2026)

The Assembly Line: Signed by Jennifer Lee Garzon; Notarized by Netty N. Bangala (Palm Beach, FL).

The Fatal Flaw: The 2026 Continuation. MERS acts for defunct IndyMac to assign an asset to DB Trust 2006-AR29, twenty years after the trust closed, using the new "Onity" corporate shield.

EXHIBIT B-2: (Execution Date: Feb 8, 2023)

The Assembly Line: Signed by Yanique Atkinson Edwards; Notarized by Netty N. Bangala (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign to DB Trust 2006-AR2 (17 years post-closure).

EXHIBIT B-3: (Execution Date: Jan 26, 2023)

The Assembly Line: Signed by Donna Valenzano; Notarized by Netty N. Bangala (Palm Beach, FL).

The Fatal Flaw: Aggregator Impossibility. MERS acts for Quicken Loans to funnel directly into IndyMac DB Trust 2007-F3 (16 years post-closure).

EXHIBIT B-4: (Execution Date: Jan 25, 2023)

The Assembly Line: Signed by Timothy Rosa; Notarized by Kelley Earle (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign to DB Trust INABS 2006-B (17 years post-closure).

EXHIBIT B-5: (Execution Date: Mar 24, 2022)

The Assembly Line: Signed by Shannon Ortiz; Notarized by Stephanie Jo Schulte (Los Angeles, CA).

The Fatal Flaw: The "Zombie FDIC" claims to act as Receiver for IndyMac to assign to DB Trust 2006-H3 (16 years post-closure).

EXHIBIT C: MARICOPA COUNTY, ARIZONA

These four (4) documents expose the Los Angeles document mill crossing state lines into the West/Desert jurisdictions, including the fabrication of retroactive transfers to dead entities.

EXHIBIT C-1: (Execution Date: May 8, 2024)

The Assembly Line: Signed by Shannon Ortiz; Notarized by Stephanie Jo Schulte (Los Angeles, CA).

The Fatal Flaw: The "Zombie FDIC" claims to act as Receiver for IndyMac to assign an asset to DB Trust 2006-H3 (18 years post-closure).

EXHIBIT C-2: (Execution Date: Dec 7, 2022)

The Assembly Line: Signed by Shannon Ortiz; Notarized by Joshua Grey Jr. (Los Angeles, CA).

The Fatal Flaw: The "Zombie FDIC" claims to act as Receiver for IndyMac to assign to DB Trust 2006-H3 (16 years post-closure).

EXHIBIT C-3: (Execution Date: Nov 9, 2022)

The Assembly Line: Signed by Ronaldo Reyes; Notarized by Suzanne C Patten (Orange, CA).

The Fatal Flaw: The Absurd "Gap Assignment." Deutsche Bank openly and illegally assigns an asset BACK to IndyMac Bank (a non-existent entity) to patch a broken chain of title.

EXHIBIT C-4: (Execution Date: Aug 2, 2022)

The Assembly Line: Signed by Ronaldo Reyes; Notarized by Suzanne C Patten (Orange, CA).

The Fatal Flaw: The Monetization Phase. DB Trust 2006-H4 liquidates the stolen asset by assigning it to MEB Loan Trust II.

EXHIBIT D: SAN DIEGO COUNTY, CALIFORNIA

These two (2) documents mathematically prove the enterprise remains highly active on the West Coast in the year 2026.

EXHIBIT D-1: (Execution Date: Apr 9, 2026)

The Assembly Line: Signed by Shannon Ortiz; Notarized by Stephanie Jo Schulte (Los Angeles, CA).

The Fatal Flaw: The 2026 "Zombie FDIC". The FDIC claims to act as Receiver for IndyMac to assign an asset to DB Trust 2006-H3 (twenty years after the trust closed).

EXHIBIT D-2: (Execution Date: Feb 20, 2026)

The Assembly Line: Signed by Gwen Murakami; Notarized by Netty N. Bangala (Palm Beach, FL).

The Fatal Flaw: The 2026 "Gap Assignment". OneWest Bank (via PHH Mortgage) openly and illegally assigns an asset BACK to IndyMac Bank (a non-existent entity) to remedy a broken chain of title.

EXHIBIT E: NEW YORK COUNTIES (KINGS & QUEENS)

These three (3) documents prove the geographic contagion relies heavily on an entirely separate document mill located in Idaho to manufacture East Coast titles.

EXHIBIT E-1: (Execution Date: Sep 17, 2024)

The Assembly Line: Signed by Susan Hicks; Notarized by Vicky McCoy (Pinellas, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign to DB Trust INDS 2006-2B (18 years post-closure).

EXHIBIT E-2: (Execution Date: Aug 25, 2023)

The Assembly Line: Signed by Angela Pavao; Notarized by Tanner Dickson (Pinellas, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign to DB Trust INDS 2006-2B (17 years post-closure).

EXHIBIT E-3: (Execution Date: Mar 30, 2021)

The Assembly Line: Signed by Katie Olson; Notarized by Shirley Ledvina (Idaho Mill).

The Fatal Flaw: MERS acts for defunct IndyMac to assign to DB Trust INDS 2006-3 (15 years post-closure).

EXHIBIT F: MIAMI-DADE COUNTY, FLORIDA (Courtesy Extraction)

Extracted from the Master Referral for the Court and Government's convenience. These eight (8) documents establish the 16-year unbroken continuity of the enterprise, originating from the David J. Stern law firm in 2010 and proving the exact same fraud is actively operating in Miami-Dade County in the year 2026.

EXHIBIT F-1: (Execution Date: Apr 2, 2026)

The Assembly Line: Signed by Lizet Morales-Perez; Notarized by Gwen Murakami (Palm Beach, FL).

The Fatal Flaw: The 2026 Continuation. MERS acts for defunct IndyMac to assign an asset to DB Trust 2007-AR21IP, nearly twenty years after the trust closed, utilizing the new "Onity Mortgage" corporate shield.

EXHIBIT F-2: (Execution Date: Feb 4, 2026)

The Assembly Line: Signed by Jennifer Lee Garzon; Notarized by Donna Lee Valenzano (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign an asset to DB Trust INABS 2006-D (20 years post-closure). Note the robosigning matrix: Donna Valenzano acts as Notary here, while signing as Assistant Secretary on other documents.

EXHIBIT F-3: (Execution Date: Oct 28, 2025)

The Assembly Line: Signed by Donna Valenzano; Notarized by Netty N. Bangala (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign an asset to DB Trust INABS 2005-D (20 years post-closure).

EXHIBIT F-4: (Execution Date: Jan 28, 2025)

The Assembly Line: Signed by Ezra E. Pugh; Notarized by Madison Hodges (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign an asset to DB Trust 2006-AR9 (19 years post-closure).

EXHIBIT F-5: (Execution Date: Dec 6, 2024)

The Assembly Line: Signed by Donna Valenzano; Notarized by Madison Hodges

(Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to funnel an asset into DB Trust 2006-N (18 years post-closure).

EXHIBIT F-6: (Execution Date: Oct 31, 2024)

The Assembly Line: Signed by Donna Valenzano; Notarized by Kelley Earle (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign an asset to DB Trust 2006-A (18 years post-closure).

EXHIBIT F-7: (Execution Date: Oct 24, 2024)

The Assembly Line: Signed by Donna Valenzano; Notarized by Madison Hodges (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign an asset to DB Trust 2005-AR27 (19 years post-closure).

EXHIBIT F-8: (Execution Date: Jun 18, 2010 - THE BASELINE)

Document Data: CFN 2010R0438138 (Birencwajg). Executed by Erica A. Johnson-Seck; Notarized by Ami Rivera (David J. Stern Foreclosure Mill).

The Fatal Flaw: Original Genesis. Demonstrates the origins of the 16-year systemic fraud utilizing the disgraced David J. Stern mill to illegally assign the Relator's property to DB Trust 2007-AR5. Proves the enterprise's historical, ongoing manipulation of the Birencwajg property chain of title dating back to the immediate aftermath of the IndyMac collapse.

Respectfully submitted,

/s/ Mario Mirabal

Mario Mirabal, Relator Pro Se

CC: CONTINUING FEDERAL OVERSIGHT (VIA CERTIFIED U.S. MAIL)

SECURITIES AND EXCHANGE COMMISSION (SEC)

Office of the Whistleblower

100 F Street, NE

Washington, DC 20549

FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC)

Office of Inspector General (OIG)

3501 Fairfax Drive

Arlington, VA 22226

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a true and correct copy was served via United States Mail upon the following parties as part of the Relator's supplemental disclosure obligations:

U.S. Department of Justice

Civil Division – Commercial Litigation Branch, Fraud Section

Attn: FCA Whistleblower Coordinator

P.O. Box 261, Ben Franklin Station

Washington, DC 20044

United States Attorney's Office

Southern District of Florida

Attn: Civil Division / Affirmative Civil Enforcement

99 N.E. 4th Street

Miami, FL 33132

Respectfully submitted,

Mario Mirabal, Pro Se / Relator

Executed on this 19th Day of May, 2026.

# EXHIBIT B

Kevin C. Karnes, Lee County Clerk of the Circuit Court & Comptroller
INSTR# 2026000101370, DocType ASG, Pages 1, Recorded 4/20/2026 at 9:20 AM, DeputyClerk SJENSEN
Rec Fees: $10.00   ERECORD

When Recorded Return To:
Onity Mortgage Corporation
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR29, WHOSE ADDRESS IS C/O ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $186,320.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by EDER SAEZ A MARRIED PERSON JOINED BY HIS SPOUSE SUELEN P. SAEZ and recorded in Official Records of the Clerk of the Circuit Court of LEE County, Florida, in Instrument # 2006000342385, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 04/15/2026 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
JENNIFER LEE GARZON
ASSISTANT SECRETARY

Witnesses:
_____
Sayra L. Ferrer
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Meredith A. Derwin
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 04/15/2026 (MM/DD/YYYY), by JENNIFER LEE GARZON as ASSISTANT SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such ASSISTANT SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Netty N. Bangala
Notary Public - STATE OF FLORIDA
Commission expires:   AUG 0 7 2027

Notary Public State of Florida
Netty N. Bangala
My Commission HH 421286
Expires 8/7/2027

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 451040546 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100055401240382558 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  T032604-10:31:48 [C-0] FRMFL1_PHH02

*D0124841172*

5/10/26, 2:47 AM                    Landmark Web Official Records Search

Kevin C. Karnes, Lee County Clerk of Circuit Court
INSTR. # 2023000054747, Doc Type ASG, Pages 1, Recorded 2/13/2023 at 1:47 PM, Deputy Clerk LFAHRNER ERECORD
Rec Fees: $10.00

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR2, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $190,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by BERNARD EDWARDS AND LASHANDA EDWARDS and recorded in Official Records of the Clerk of the Circuit Court of LEE County, Florida, in Instrument # 2006000060279, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 2/08/2023 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
YANIQUE A ATKINSON EDWARDS
ASSISTANT SECRETARY

Witnesses:

_____
Kelley Earle

_____
Donna Lee Valenzano

*(Corporate seal: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. CORPORATE SEAL 1999 DELAWARE)*

STATE OF FLORIDA   COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 2/8/2023 (MM/DD/YYYY), by YANIQUE A ATKINSON EDWARDS as ASSISTANT SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such ASSISTANT SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Netty N. Bangala
Notary Public - STATE OF FLORIDA
Commission expires:     AUG 0 7 2023

*(Notary stamp: Notary Public State of Florida, Netty N. Bangala, My Commission GG 393426, Expires 08/07/2023)*

Document Prepared By: YANIQUE ATKINSON EDWARDS, PHH Mortgage Corporation, One Mortgage Way, Mt. Laurel, NJ 08054, 800-449-8767
PHH02 435636227  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100055401226638270 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  T252301-01:12:43 [C-1] FRMFL L PHH02

*D0099312985*

Kevin C. Karnes, Lee County Clerk of Circuit Court
INSTR. # 2023000038738, Doc Type ASG, Pages 1, Recorded 1/31/2023 at 4:05 PM, Deputy Clerk SJENSEN ERECORD
Rec Fees: $10.00

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-F3, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $347,400.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by RONALD GREY AND ERNESTA L. GREY, HUSBAND AND WIFE and recorded in Official Records of the Clerk of the Circuit Court of LEE County, Florida, in Instrument # 2007000193134, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 01/26/2023 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS

By: _____
Donna Valenzano
Assistant Secretary

Witnesses:

_____
Tim Rosa

_____
Yanique Atkinson Edwards

STATE OF FLORIDA   COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 01/26/2023 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Netty N. Bangala
Notary Public - STATE OF FLORIDA
Commission expires: AUG 0 7 2023

Notary Public State of Florida
Netty N. Bangala
My Commission GG 363426
Expires 08/07/2023

Document Prepared By: Benedicth Francois, PHH Mortgage Corporation, One Mortgage Way, Mt. Laurel, NJ 08054, 800-449-8767
PHH02 435439023 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100039032118596986 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T102301-09:07:41 [C-1] FRMFL1_PHH02

*D00991103812*

Kevin C. Karnes, Lee County Clerk of Circuit Court
INSTR. # 2023000038713, Doc Type ASG, Pages 1, Recorded 1/31/2023 at 4:01 PM, Deputy Clerk WSEIBERT ERECORD
Rec Fees: $10.00

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2006-B, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2006-B, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $183,200.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by MARYANN THIBAULT AND TIMOTHY THIBAULT and recorded in Official Records of the Clerk of the Circuit Court of LEE County, Florida, in Instrument # 2006000052042, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on __1__ /__25__ /__23__ (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
     Timothy Rosa
     Assistant Secretary

Witnesses: _____
Leary H. Ferguson
Servicing Operations Specialist

_____
Donna Lee Valenzano

STATE OF __Florida__ COUNTY OF __Palm Beach__
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on __1__ /__25__ /__23__ (MM/DD/YYYY), by __Timothy Rosa__ as __Assistant Secretary__ of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such __Assistant Secretary__ being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Kelley Earle
Notary Public - STATE OF __Florida__
Commission expires: 12/18/2023

Notary Public State of Florida
Kelley Earle
My Commission GG 957927
Expires 12/18/2023

Document Prepared By: Benedicth Francois, PHH Mortgage Corporation, One Mortgage Way, Mt. Laurel, NJ 08054, 800-449-8767
PHH02 435423180 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER MIN 100055401225939661 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T062301-11:49:34 [C-1] FRMFL1_PHH02

*D0099061223*

Kevin C. Karnes, Lee County Clerk of Circuit Court
INSTR. # 2022000118661, Doc Type ASG, Pages 2, Recorded 4/8/2022 at 3:11 PM, Deputy Clerk WSEIBERT ERECORD
Rec Fees: $18.50

Recording Requested By:
PHH MORTGAGE CORPORATION

When Recorded Return To:

LIEN RELEASE
PHH MORTGAGE CORPORATION
1661 WORTHINGTON ROAD, SUITE
100, WEST PALM BEACH, FL 33409

39532411               CORPORATE ASSIGNMENT OF MORTGAGE

LEE, Florida
SELLER'S SERVICING #:7190523295 "JOHNSON"
SELLER'S LENDER ID#:  P9C
INVESTOR'S LOAN #:  NW SAT

Date of Assignment:  **MAR 2 4 2022**

Assignor: Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B at 1601 BRYAN STREET, DALLAS, TX 75201
Assignee: Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home Equity Mortgage Loan Asset-Backed
Trust, Series 2006-H3 at C/O PHH MORTGAGE CORPORATION, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM
BEACH, FL 33409
Executed By: NILS JOHNSON  To: INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK
Date of Mortgage: 02/07/2006 Recorded:  03/06/2006  in Book/Reel/Liber: NA Page/Folio: NA as Instrument No.:
2006000094599  In the County of LEE, State of Florida.

Assessor's/Tax ID No. 24-45-23-C1-00156 0120

Property Address: 127 BAYSHORE DRIVE, CAPE CORAL, FL 33904

Legal: LOTS 12 AND 13, BLOCK 156, UNIT 4, PART 2, CAPE CORAL SUBDIVISION, ACCORDING TO THE PLAT THEREOF,
RECORDED IN PLAT BOOK 12, PAGES 13 THROUGH 22, INCLUSIVE, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is
hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said
Mortgage having an original principal sum of $200,000.00 with interest, secured thereby, and the full benefit of all the
powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said
Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms
contained in said Mortgage.

Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B
On ____ **MAR 2 4 2022**

By: _____                      This assignment is made without recourse, representation
SHANNON ORITZ                              or warranty, express or implied, by the FDIC in its
ATTORNEY IN FACT                           corporate capacity or as Receiver.

STATE OF _____
COUNTY OF _____

On _____, before me, _____, a Notary Public in and for _____ in the State of
_____, personally appeared _____, personally known to me (or proved
to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and
that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

WITNESS my hand and official seal.                    **See attached**
                                                      **CA Acknowledgement**

_____

Notary Expires: _____
                                                      (This area for notarial seal)

INSTR. # 2022000118661  Page Number: 2 of 2

## CA  NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
COUNTY OF LOS ANGELES    )SS.

On _____ **MAR 2 4 2022** _____ before me ____ Stephanie Jo Schulte ____, Notary Public, personally appeared_____ Shannon Ortiz _____ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

STEPHANIE JO SCHULTE
Notary Public - California
Los Angeles County
Commission # 2261800
My Comm. Expires Nov 4, 2022

Signature _____
Stephanie Jo Schulte

My Commission Expires: November 4, 2022

# EXHIBIT C

```
                                    MARICOPA COUNTY RECORDER
                                          STEPHEN RICHER
                          20240262849  05/17/2024  08:05
                                   ELECTRONIC RECORDING
```

Recording Requested By:
PHH MORTGAGE CORPORATION

3908311-3-1-1--
Tomutac

~~When Recorded Return To:~~

**When Recorded Return To:**
**Indecomm Global Services**
**1427 Energy Park Drive**
**St. Paul, MN 55108**

---

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Maricopa, Arizona
SELLER'S SERVICING #:92719060059862 "RODRIGUEZ"
SELLER'S LENDER ID#:  P9C
INVESTOR'S LOAN #:  NW SAT

Date of Assignment: _____ **MAY 0 8 2024** ___

Assignor: Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. at 1601
BRYAN STREET, DALLAS, TX 75201
Assignee: Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home Equity
Mortgage Loan Asset-Backed Trust, Series 2006-H3 at C/O PHH MORTGAGE CORPORATION,
1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409

Executed By: MANUEL RODRIGUEZ, A SINGLE MAN To: CORSTAR FINANCIAL, INC.
Date of Mortgage: 05/18/2006 Recorded: 06/01/2006 in Book/Reel/Liber: NA Page/Folio: NA as Instrument
No.: 20060743696 in the County of Maricopa, State of Arizona.

Assessor's/Tax ID No. 143-09-455

Legal: LOT 134, OF PIONEER VILLAGE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF
THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 241 OF
MAPS, PAGE 46 AND CERTIFICATE OF CORRECTION RECORDED IN DOCKET 16107, PAGE 233

  KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and
sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named
Assignee, the said Deed of Trust having an original principal sum of $48,600.00 with interest, secured thereby,
and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said
Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Deed of Trust.

  TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever,
subject to the terms contained in said Deed of Trust.  IN WITNESS WHEREOF, the assignor has executed
these presents the day and year first above written:

Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B.

On ___ **MAY 0 8 2024** ___ .

By:_____
SHANNON ORTIZ, ATTORNEY IN FACT

This assignment is made without recourse, representation
or warranty, express or implied, by the FDIC in its
corporate capacity or as Receiver.

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF _____
COUNTY OF _____

On _____, before me by means of [x] physical presence or [ ] online notarization, _____, a Notary Public in and for _____ in the State of _____, personally appeared _____, _____ of Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal,

_____
_____
Notary Expires:   /  /

**See attached
CA Acknowledgement**

(This area for notarial seal)

## CA  NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
COUNTY OF LOS ANGELES  )SS.

On **MAY 0 8 2024** before me **Stephanie Jo Schulte,** Notary Public, personally appeared **Shannon Ortiz** , who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
STEPHANIE JO SCHULTE

My Commission Expires: November 7, 2026

STEPHANIE JO SCHULTE
Notary Public - California
Los Angeles County
Commission # 2425551
My Comm. Expires Nov 7, 2026

+U08353929+
1426   3/22/2024   82458978/1

MARICOPA COUNTY RECORDER
STEPHEN RICHER
20220877039   12/07/2022   08:30
ELECTRONIC RECORDING

3801936-3-2-1--
crocfers

Recording Requested By:
PHH MORTGAGE CORPORATION

When Recorded Return To:
Indecomm Global Services
1427 Energy Park Drive
St. Paul, MN 55108 · 'E
,9

---

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Maricopa, Arizona
SELLER'S SERVICING #:7190547088 "BISHOP"
SELLER'S LENDER ID#: P9C
INVESTOR'S LOAN #: NW SAT

Record 1st

Date of Assignment: **NOV 2 1 2022** , 2022

Assignor: FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC
BANK, F.S.B. at **1601 BRYAN STREET, DALLAS, TX 75201**

Assignee: Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home Equity Mortgage
Loan Asset-Backed Trust, Series 2006-H3 at C/O PHH MORTGAGE CORPORATION, 1661
WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409

Executed By: ADRIENNE BISHOP To: INDYMAC BANK, F.S.B.
Date of Mortgage: 01/20/2006 Recorded: 02/06/2006 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument
No.: 2006-0169825 in the County of Maricopa, State of Arizona.

Assessor's/Tax ID No. 208-11-473

Legal: SITUATED IN COUNTY OF MARICOPA AND STATE OF ARIZONA: LOT 5, TOWN SQUARE,
ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF
MARICOPA COUNTY, ARIZONA, IN BOOK 263 OF MAPS, PAGE 35.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and
sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named
Assignee, the said Deed of Trust having an original principal sum of $100,000.00 with interest, secured
thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the
said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Deed of
Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever,
subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed
these presents the day and year first above written.

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B.
On NOV 2·1 2022

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF _____
COUNTY OF _____

On _____, before me by means of [x] physical presence or [ ] online notarization, _____, a Notary Public in and for _____ in the State of _____, personally appeared _____, _____ of FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal,

**See attached
CA Acknowledgement**

_____

_____
Notary Expires:   /   /

(This area for notarial seal)

## CA  NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )
COUNTY OF <u>LOS ANGELES</u> )SS.

On**NOV 2 1 2022**before me _____Joshua Grey Jr._____, Notary Public, personally appeared

___Shannon Ortiz_____ who proved to me on the basis of satisfactory evidence to be the

person whose name is subscribed to the within instrument and acknowledged to me that she

executed the same in her authorized capacity, and that by her signature on the instrument the

person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the

foregoing paragraph is true and correct.

WITNESS my hand and official seal.

\*U08217611\*

1426   12/2/2022   82317525/2

Signature_____
        Joshua Grey Jr.
My Commission Expires: December 6, 2022

JOSHUA GREY JR.
Notary Public · California
Los Angeles County
Commission # 2269811
My Comm. Expires Dec 6, 2022

MARICOPA COUNTY RECORDER
STEPHEN RICHER
20220854001   11/23/2022   08:32
ELECTRONIC RECORDING

1669214169410-2-1-1--
crocfers

**RECORDING REQUESTED BY:**
Richmond Monroe Group

**WHEN RECORDED MAIL TO:**
Jeff Prose
Richmond Monroe Group
82 Jim Linegar Ln
Branson West, MO, 65737
(417) 447-2931

### GAP ARIZONA CORPORATE ASSIGNMENT OF DEED OF TRUST
### ***GAP ASSIGNMENT BEING RECORDED TO COMPLETE THE CHAIN OF TITLE FROM THE ASSIGNMENT RECORDED ON 10/12/2017 AS INSTRUMENT # 20170755182 TO THE ASSIGNMENT RECORDED ON 08/17/2021 AS INSTRUMENT # 20210888374***

TS Ref #: 0009220000119624
AZ/MARICOPA

Assignment Prepared On: August 30, 2022

**ASSIGNOR: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H4** at 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA, 92705

**ASSIGNEE: INDYMAC BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK** at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Deed of Trust Dated: 8/18/2006, in the amount of $25,000.00, executed by CASSIDY STEVENS AND KATHERINE MULLER STEVENS, HUSBAND AND WIFE, AS COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP to INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK and Recorded: 8/25/2006, Instrument #: 20061132788 in MARICOPA County, State of Arizona.

Property Address: 5742 EAST ENROSE STREET, MESA, AZ, 85205

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H4

On: _____November 9, 2022_____

By: _____

Name: _____**Ronaldo Reyes**_____
                **Vice President**
Title: _____

STATE OF _____
COUNTY OF _____

On _____, before me, _____, a Notary Public in and for
_____ in the State of _____, personally appeared
                                                              DEUTSCHE BANK

**CALIFORNIA ACKNOWLEDGMENT**                              **CIVIL CODE § 1189**

┌──────────────────────────────────────────────────────────────────┐
│ A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document │
│ to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. │
└──────────────────────────────────────────────────────────────────┘

State of California }

County of _____ **Orange** _____ }

On _November 9, 2022_ before me, _____ **Suzanne C Patten, Notary Public** _____ ,
       *Date*                                        *Here Insert Name and Title of the Officer*

personally appeared _____ **Ronaldo Reyes** _____
                                            *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

┌─────────────────────────────┐
│ SUZANNE C. PATTEN           │
│ Notary Public - California  │
│ Orange County               │
│ Commission # 2408949        │
│ My Comm. Expires Jul 21, 2026 │
└─────────────────────────────┘

I certify under PENALTY OF PERJURY under the
laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

*Place Notary Seal and/or Stamp Above*

Signature _____ *Suzanne C Patten* _____
                              *Signature of Notary Public*

─────────────────────── **OPTIONAL** ───────────────────────

*Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Gap Arizona Corporate Assignment of Deed of Trust_
Document Date: _November 9, 2022_ _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____ **None** _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: **Ronaldo Reyes** _____    Signer's Name: _____
☒ Corporate Officer – Title(s): _Vice President_    ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General    ☐ Partner – ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact    ☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator    ☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____    ☐ Other: _____
Signer is Representing: _Deutsche Bank_    Signer is Representing: _____
_National Trust Company, as Trustee_

©2019 National Notary Association

MARICOPA COUNTY RECORDER
STEPHEN RICHER
20220680081  08/31/2022  08:12
ELECTRONIC RECORDING

1661954625311-2-1-1--
Hoyp

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(239) 351-2442

Space above for Recorder's use

Loan No: 3901674

16628750

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES 2006-H4**, whose address is **1761 E. SAINT ANDREW PLACE, SANTA ANA, CA 92705**, (ASSIGNOR), does hereby grant, assign and transfer to **MEB LOAN TRUST II**, whose address is **C/O SELECT PORTFOLIO SERVICING, 3217 SOUTH DECKER LAKE DRIVE, WEST VALLEY CITY, UT 84119**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: 10/17/2006
Original Loan Amount: $54,000.00
Executed by (Borrower(s)): **JUAN ALEJO FRAGA JR & YVONNE T. FRAGA**
Original Trustee: **UNITED GENERAL TITLE INSURANCE COMPANY**
Original Beneficiary: **INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK**
Filed of Record:  In Book N/A, Page N/A
Document/Instrument No: 20061405817 in the Recording District of Maricopa, AZ, Recorded on 10/25/2006.

Property more commonly described as: **836 NORTH LOS OLIVOS DRIVE, GOODYEAR, ARIZONA 85338**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: ___August 3 2022___

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES 2006-H4**

By: ___Ronaldo Reyes___
Title: ___Vice President___

Witness Name: ___Timothy Johnson___
Assistant Vice President

3901674 MBIA·Dec 2020 16628750

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California
County of _____**Orange**_____ }

On __**August 2, 2022**__ before me, ____**Suzanne C Patten, Notary Public**____,
_____Date_____                                    *Here Insert Name and Title of the Officer*

personally appeared _____**Ronaldo Reyes**_____
                                              *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**SUZANNE C. PATTEN**
Notary Public · California
Orange County
Commission # 2408949
My Comm. Expires Jul 21, 2025

*Place Notary Seal and/or Stamp Above*

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___*Suzanne C Patten*___
                    *Signature of Notary Public*

―――――――――― OPTIONAL ――――――――――

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __*Assignment of Deed of Trust*__
Document Date: __*August 2, 2022*__ _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____**None**_____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: **Ronaldo Reyes** | Signer's Name: _____ |
|---|---|
| ☒ Corporate Officer – Title(s): __**Vice President**__ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: __**Deutsche Bank National Trust Company, as Trustee**__ | Signer is Representing: _____ |

©2019 National Notary Association

# EXHIBIT D

Recording Requested By: Onity Mortgage Corporation FKA
PHH MORTGAGE CORPORATION

When Recorded Return To:
LIEN RELEASE Onity Mortgage Corporation FKA
PHH MORTGAGE CORPORATION
1661 WORTHINGTON ROAD, SUITE
100, WEST PALM BEACH, FL 33409

**DOC# 2026-0106434**

Apr 16, 2026  10:46 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $98.00  (SB2 Atkins: $75.00)

PAGES: 3

## CORPORATE ASSIGNMENT OF DEED OF TRUST

San Diego, California
SELLER'S SERVICING #: 65719057793798 "DENNIS"
INVESTOR'S LOAN#:  NW SAT
SELLER'S LENDER ID#:  P9C

Prepared By: I) Truly M Carvajal    ✱ Onity Mortgage Corporation FKA ✱, PHH MORTGAGE CORPORATION 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409 800-746-2936

For Value Received, FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B. hereby grants, assigns and transfers to Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H3 at C/O PHH MORTGAGE CORPORATION, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409 all its interest under that certain Deed of Trust dated 05/08/2006, in the amount of $50,000.00, executed by DOUGLAS LEE DENNIS, SR, AN UNMARRIED MAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR MORTGAGEIT, INC ITS SUCCESSORS AND ASSIGNS and Recorded:  05/12/2006 in Book/Reel/Liber: n/a Page/Folio: n/a as Instrument No.: 2006-0338523 in the County of San Diego, State of California.

Property Address: 11321 AVENIDA DE LOS LOBOS APT.G, SAN DIEGO, CA 92127

Tax Map and Parcel No. 313-301-26-95

Legal:  See Exhibit "A" Attached Hereto and By This Reference Made A Part Hereof

In witness whereof this instrument is executed.

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B.
On ____ **APR 0 9 2026**

BY: _____
**SHANNON ORTIZ    ATTORNEY IN FACT**

This assignment is made without recourse, representation or warranty, express or implied, by the FDIC in its corporate capacity or as Receiver.

STATE OF _____
COUNTY OF _____

On _____, before me by means of [x] physical presence or [ ] online notarization, _____ a Notary Public in and for _____ in the State of _____, personally appeared _____, _____ of FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal,

**See attached
CA Acknowledgement**

Notary Expires:  /  /

(This area for notarial seal)

Page 1 of 2

## CA  NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )

COUNTY OF <u>LOS ANGELES</u>  )SS.

On  **APR 0 9 2026**  before me **Stephanie Jo Schulte,** Notary Public, personally appeared **Shannon Ortiz**  , who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
STEPHANIE JO SCHULTE

My Commission Expires:  November 7, 2026

STEPHANIE JO SCHULTE
Notary Public - California
Los Angeles County
Commission # 2425551
My Comm. Expires Nov 7, 2026

SELLER'S SERVICING #: 65719057793798

## EXHIBIT " A"

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

AN UNDIVIDED 1/96TH INTEREST IN AND TO LOT 1 OF CAMINO BERNARDO UNIT NO. 3, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11831, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JUNE 3, 1987.

EXCEPTING THEREFROM LIVING UNITS LA-1A THROUGH LA-1H INCLUSIVE, LA-2A THROUGH LA-2H INCLUSIVE, LA 3A THROUGH LA-3H INCLUSIVE, LA-4A THROUGH LA 4H INCLUSIVE, LA-5A THROUGH LA-5H INCLUSIVE, LA-6A THROUGH LA-6H INCLUSIVE, LA-7A THROUGH LA-7H INCLUSIVE, LA-8A THROUGH LA-8H INCLUSIVE, LA-9A THROUGH LA-9H INCLUSIVE, LA-10A THROUGH LA10H INCLUSIVE, LA-11A THROUGH LA-11H INCLUSIVE, LA-12A THROUGH LA-12H INCLUSIVE A SHOWN ON THAT CERTAIN CONDOMINIUM PLAN ENTITLED "THE FALLS OF CAMINO BERNARDO PHASE 1", RECORDED NOVEMBER 19, 1987 AS FILE NO. 87-647117 AND AMENDED APRIL 11, 1988 AS FILE NO. 88-165880, AND RE-RECORDED APRIL 19, 1988 AS FILE NO. 88-181112 ALL OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM THE EXCLUSIVE RIGHT TO USE ALL "EXCLUSIVE USE AREAS" SHOWN AS CARPORTS, PATIOS AND DECKS AS ON SAID CONDOMINIUM PLAN.

PARCEL 2:

UNIT LA-12G AS SHOWN ON THAT CERTAIN CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 ABOVE.

PARCEL 3:

THE EXCLUSIVE RIGHT TO USE THE CORRESPONDINGLY NUMBERED "EXCLUSIVE USE AREAS" SHOWN AS CARPORT AND PATIO OR DECK APPURTENANT TO PARCEL 2 AS SET FORTH ON THAT CERTAIN CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 ABOVE.

PARCEL 4:

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND RECREATIONAL USE ON AND OVER THE COMMON AREA OF ALL OTHER PHASES PRESENTLY ENCUMBERED BY, OR LATER ANNEXED TO, THE ASSOCIATION AS DESCRIBED IN THE COVENANTS, CONDITIONS AND RESTRICTIONS ABOVE DESCRIBED.

THIS EASEMENT SHALL, HOWEVER, NOT BECOME EFFECTIVE AS TO A PHASE UNTIL (I) THE PHASE HAS BEEN ANNEXED TO SUCH ASSOCIATION DECLARATION, AND (II) A CONDOMINIUM HAS BEEN CONVEYED WITHIN SUCH PHASE. PHASE REFERS TO THE CONDOMINIUMS AND LAND WHICH ARE COVERED BY A SEPARATE CONDOMINIUM PLAN.

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, LLC

[AND WHEN RECORDED MAIL TO]
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

DOC#  2026-0050109

Feb 24, 2026  10:13 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $96.00  (SB2 Atkins: $75.00)

PAGES: 2

## CORPORATE ASSIGNMENT OF DEED OF TRUST

CORRECTIVE GAP ASSIGNMENT OF DEED OF TRUST: TO REMEDY A GAP IN THE RECORDED OWNERSHIP INTEREST BETWEEN THE ASSIGNMENT RECORDED ON 02/05/2025 AS DOC# 2025-0029173 AND THE ASSIGNMENT RECORDED ON 06/09/2010 AS DOC# 2010-0287646

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, ONEWEST BANK FSB, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Deed of Trust, representation or warranty, together with all rights, title and interest secured thereby, all liens, and any rights due or to become due thereon to INDYMAC BANK, FSB, WHOSE ADDRESS IS 155 NORTH LAKE AVENUE, PASADENA, CA 91101, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust made by BRIAN SAUNDERS, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY and recorded on 04/04/2006 as Doc # 2006-0228832 in the office of the SAN DIEGO County Recorder, CA.

Dated on 02/20/2026 (MM/DD/YYYY)
ONEWEST BANK FSB, by PHH MORTGAGE CORPORATION SUCCESSOR BY MERGER TO OCWEN LOAN SERVICING, LLC, its Attorney-in-Fact

By: _____
GWEN MURAKAMI
Senior Servicing Operations Specialist

PHH02 449121092 OCWEN-NVLER   T212601-02:52:07 [C-2] FRMCA1

*D0122215444*

## ACKNOWLEDGEMENT

STATE OF Florida
COUNTY OF Palm Beach
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] on 02/20/2026 (MM/DD/YYYY),                                                                    by                      GWEN    MURAKAMI as Senior Servicing Operations Specialist of PHH  MORTGAGE  CORPORATION  SUCCESSOR  BY  MERGER  TO OCWEN    LOAN    SERVICING,  LLC    as    Attorney-in-Fact    for    ONEWEST    BANK    FSB.    who,    as such Senior Servicing Operations Specialist being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

Netty N. Bangala
Notary Public - STATE OF Florida
Commission expires: **AUG  0 7 2027**

HH421286

Notary Public State of Florida
Netty N. Bangala
My Commission HH 421286
Expires  8/7/2027

PHH02 449121092  OCWEN-NVLER     T212601-02:52:07 [C-2]  FRMCA1

*D0122215444*

# EXHIBIT E

When Recorded Return To:
Shellpoint Mortgage Servicing
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor. FL 34683

**Loan Number 0579894589**

## ASSIGNMENT OF MORTGAGE

**SEND ALL OTHER BORROWER OR LOAN RELATED CORRESPONDENCE TO: Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Toll-free Phone: (800) 365-7107**

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same has not been consolidated, extended or modified, all liens, and any rights due or to become due thereon to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE AND SUPPLEMENTAL INTEREST TRUSTEE FOR INDYMAC ABS, INC., HOME EQUITY MORTGAGE ASSET-BACKED TRUST, SERIES INDS 2006-2B, WHOSE ADDRESS IS 1761 E ST ANDREWS PLACE, SANTA ANA, CA 92705, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 06/29/2006, made by **CHRISTINE CORNWALL** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS**, in the principal sum of $87,000.00 and recorded on 07/19/2006, in **CRFN # 2006000408726**, in the office of the Registry of **KINGS** County, **NY**.

Property is commonly known as: 309 EAST 55 STREET,
BROOKLYN, NY 11203.

This mortgage(s) has not been assigned of record.

This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

**Dated this 17th day of September in the year 2024.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS**

**SUSAN HICKS**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

**TRACY ROGERS**
**WITNESS**

STATE OF FLORIDA     COUNTY OF PINELLAS
Before me by means of [X] physical presence or [ ] online notarization on, this 17th day of September in the year 2024, the undersigned, personally appeared Susan Hicks as VICE PRESIDENT for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

**VICKY MCCOY**
**COMM EXPIRES: 12/18/2026**

> VICKY MCCOY
> Notary Public - State of Florida
> Commission # HH 328470
> My Comm. Expires Dec 18, 2026
> Bonded through National Notary Assn.

Property ID(S/B/L) Block: 4727 Lot: 3
SPTDA 442361530  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)          $42.00 MIN
10005540123653 0632 MERS PHONE 1-888-679-6377 MERS Mailing Addresses: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026  DOCR T172409-11:22:33 [C-1] EFRMNY1

 

\*D0108279802\*

When Recorded Return To:
Shellpoint Mortgage Servicing
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

**Loan Number 0579894572**

## ASSIGNMENT OF MORTGAGE

**SEND ALL OTHER BORROWER OR LOAN RELATED CORRESPONDENCE TO: Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Toll-free Phone: (800) 365-7107**

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026) by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same has not been consolidated, extended or modified, all liens, and any rights due or to become due thereon to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE AND SUPPLEMENTAL INTEREST TRUSTEE FOR INDYMAC ABS, INC., HOME EQUITY MORTGAGE ASSET-BACKED TRUST, SERIES INDS 2006-2B, WHOSE ADDRESS IS 1761 E ST ANDREWS PLACE, SANTA ANA, CA 92705, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 06/23/2006, made by **PATE MOSES AND MARIANELLA ZORRILLA** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**, in the principal sum of $106,000.00 and recorded on 07/28/2006, in **CRFN # 2006000428652**, in the office of the Registry of **KINGS** County, **NY**.

Property is commonly known as: 216 ETNA STREET,
                                  BROOKLYN, NY 11208.

This mortgage(s) has not been assigned of record.

This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

**Dated this 25th day of August in the year 2023.**
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

_____
**ANGELA PAVAO**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

_____
**LAUREN ASTLE**
**WITNESS**

STATE OF FLORIDA    COUNTY OF PINELLAS
Before me by means of [X] physical presence or [ ] online notarization on, this 25th day of August in the year 2023, the undersigned, personally appeared Angela Pavao as VICE PRESIDENT for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
**TANNER DICKSON**
**COMM EXPIRES: 10/01/2024**

```
+-----------------------------------------+
|  [SEAL]     TANNER DICKSON              |
|        Notary Public - State of Florida |
|           Commission # HH 049515        |
|        My Comm. Expires Oct 1, 2024     |
|      Bonded through National Notary Assn.|
+-----------------------------------------+
```

Property ID(S/B/L) Block: 4116 Lot: 26
SPTDA 438841766 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) DEFAULTAOM $42.00 MIN 100055401236068799 MERS PHONE 1-888-679-6377 MERS Mailing Addresses: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026 DOCR T252308-12:17:09 [C-1] EFRMNY1




*D0102220940*

# EXHIBIT F

CFN: 20260249005 BOOK 35252 PAGE 2010
DATE:04/15/2026  10:15:22 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
Onity Mortgage Corporation f/k/a
PHH Mortgage Corp
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21IP, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AR21IP, WHOSE ADDRESS IS C/O ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $1,260,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by MICHAEL MILES AND SELENA J PHILLIPS AS HUSBAND AND WIFE and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book 25765, Page 2079 and CFN 2007R0679820, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 04/02/2026 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
LIZET MORALES-PEREZ
ASSISTANT SECRETARY

Witnesses:

_____
Nelly N. Bangala
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Donna Lee Valenzano
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 04/02/2026 (MM/DD/YYYY), by LIZET MORALES-PEREZ as ASSISTANT SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such ASSISTANT SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Gwen Murakami
Notary Public - STATE OF FLORIDA
Commission expires:    JAN 0 7 2030

Notary Public State of Florida
Gwen. Murakami
My Commission  HH 743736
Expires  1/7/2030

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 450930849  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER · MIN 100055401266482894 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O.
Box 2026, Flint, MI 48501-2026  T272603-01:15:34 [C-0]  FRMFL1_PHH02

*D0124554271*

CFN: 20260092700 BOOK 35154 PAGE 2450
DATE:02/10/2026  08:26:32 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

Wher. Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2006-D, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2006-D, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $177,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by RONALD O. ROGERS AND DEBORAH ROGERS, HIS WIFE and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book 24842, Page 2301 and CFN 2006R0909160, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 02/04/2026 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
   JENNIFER LEE GARZON
   ASSISTANT SECRETARY

Witnesses:

_____
Gwen Murakami
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Kelley Earle
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] on-line notarization on 02/04/2026 (MM/DD/YYYY), by JENNIFER LEE GARZON as ASSISTANT SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS,   who, as such ASSISTANT SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Donna Lee Valenzano
Notary Public - STATE OF FLORIDA
Commission expires: 11/30/2029

Notary Public State of Florida
Donna Lee Valenzano
My Commission  HH 731802
Expires 11/30/2029

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 449478351  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100055401232232167 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  T162601-11:59:56 [C-0]  FRMFL1_PHH02

*D0121981977*

CFN: 20250832826 BOOK 35018 PAGE 827
DATE:11/05/2025  12:31:02 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2005-D, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2005-D, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $200,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by SONIA MIGUEL, TRUSTEE OF THE SONIA MIGUEL TRUST DATED APRIL 14, 1999 and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book: 23966 and Page: 1051, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 10/28/2025 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
Donna Valenzano
Assistant Secretary

Witnesses:

_____
Kelley Earle
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Ezra E. Pugh
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA     COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 10/28/2025 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Netty N. Bangala
Notary Public - STATE OF FLORIDA
Commission expires:     AUG 0 7 2027

Notary Public State of Florida
Netty N. Bangala
My Commission HH 421286
Expires 8/7/2027

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 447932172 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100055401219478809 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T242510-11:34:10 [C-1] FRMFL1_PHH02

*D0118820839*

CFN: 20250080958 BOOK 34601 PAGE 398
DATE:02/03/2025 10:15:36 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR9, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $384,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by CASILDA PEINADO, A/S/W and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book 24414, Page 4094 and CFN 2006R0387162, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 01/28/2025

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
EZRA E. PUGH
ASSISTANT SECRETARY

Witnesses:

_____
Netty N. Bangala
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Kelley Earle
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA     COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 01/28/2025, by EZRA E. PUGH as ASSISTANT SECRETARY  of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such ASSISTANT SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Madison Hodges
Notary Public - STATE OF FLORIDA
Commission expires: 6-9-28

Notary Public State of Florida
Madison Hodges
My Commission HH 536880
Expires 6/9/2028

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 443769364  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER   MIN 100055401231123672 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  T232501-03:35:48 [C-0]  FRMFL1_PHH02

*D01111191189*

CFN: 20240929156 BOOK 34531 PAGE 1838
DATE:12/11/2024  03:18:35 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A14CB MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-N, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $195,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by CARMEN MARIN AND JAIRO MARIN, WIFE AND HUSBAND and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book: 25009, Page: 1044 and CFN: 2006R1111519, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 12/06/2024 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
Donna Valenzano
Assistant Secretary

Witnesses:

_____
Netty N. Bangala
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Ezra E. Pugh
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA   COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 12/06/2024 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Madison Hodges
Notary Public - STATE OF FLORIDA
Commission expires: 6 - 9 - 28

Notary Public State of Florida
Madison Hodges
My Commission HH 536660
Expires  6/9/2028

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 4433 10062  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100055401244438257 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  T042412-03:55:02 [C-0]  FRMFL1_PHH02

*D0109974661*

CFN: 20240841596 BOOK 34481 PAGE 4366
DATE:11/06/2024 03:24:04 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When-Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS,** that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR),** (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-A, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE),** the said Mortgage having an original principal sum of $320,600.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by **LIZZETTE M. HART, AN UNMARRIED WOMAN** and recorded in Official Records of the Clerk of the Circuit Court of **MIAMI-DADE** County, **Florida,** in **Book: 24207, Page: 2708 and CFN 2006R0124017,** upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 10/31/2024 (MM/DD/YYYY)

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**

By: _____
Donna Valenzano
Assistant Secretary

Witnesses: _____

_____Ezra E. Pugh_____
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Sheila McCoy
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA   COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 10/31/2024 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**Kelley Earle**
Notary Public - STATE OF FLORIDA
Commission expires: 12/18/2027

KELLEY EARLE
Notary Public
State of Florida
Comm# HH468739
Expires 12/18/2027

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 442929951 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100055401225768482 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T292410-03:11:27 [C-0] FRMFL1_PHH02

*D0109199524*

CFN: 20240822489 BOOK 34471 PAGE 3616
DATE:11/01/2024 11:18:57 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR27, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $224,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by JORGE GONZALEZ AND ROCIO GONZALEZ, HIS WIFE and recorded in Official Records of the Clerk of the Circuit Court of MIAMI-DADE County, Florida, in Book: 23864, Page: 2402 and CFN: 2005R1071542, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 10/24/2024 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
Donna Valenzano
Assistant Secretary

Witnesses:

_____
Sheila McCoy
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Kelley Earle
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 10/24/2024 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Madison Hodges
Notary Public - STATE OF FLORIDA
Commission expires: 6-9-28

Notary Public State of Florida
Madison Hodges
My Commission HH 536880
Expires 6/9/2028

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 442851582 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER MIN 100055401220133260 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T222410-09:53:51 [C-0] FRMFL1 PHH02

*D01090240004*

CFN 2010R0438138
OR Bk 27336 Pg 3372i (1ps)
RECORDED 06/30/2010 09:08:05
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Prepared by:        DAVID J. STERN, ESQ
Record &Return to:  900 South Pine Island Road #400
                    Plantation, FL 33324-3920
                    08-56391 (INDNW)

This space is for recording purposes only

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

THAT INDYMAC BANK, F.S.B.

Residing or located at c/o OneWest Bank, FSB, 888 East Walnut Street, Pasadena, California 91101, herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 under the Pooling and Servicing Agreement dated March 1, 2007 residing or located at: c/o OneWest Bank, FSB, 888 East Walnut Street, Pasadena, California 91101 herein designated as the assignee, the mortgage executed by ARIANA BIRENCWAIG, A SINGLE WOMAN recorded in MIAMI-DADE County, Florida at book 25351 and page 3917 encumbering the property more particularly described as follows:

LOT 21, BLOCK 27, LAKE VIEW SUBDIVISION, ACCORDING TO MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 14, PAGE 42 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee, its successors and assigns forever, but without recourse on the undersigned.

In Witness Whereof, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed, as of the 10 day of June, 2010.

Signed in the presence of:                    INDYMAC BANK, F.S.B.
                                              (CORPORATE SEAL)

ATTEST:                                       BY:
                                              PRINT NAME:    Erica A. Johnson-Seck
WITNESS:                                      TITLE:   Attorney in Fact
Print Name: Daniel Garcia

WITNESS
Print Name:

STATE OF        Texas
COUNTY OF       Travis

            PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 10 day of June, 2010, within my jurisdiction, the within named Erica A. Johnson-Seck who is personally known to me or who produced _____ as identification and who acknowledged to me that (s)he is ATTORNEY IN FACT and that for and on behalf of INDYMAC BANK, F.S.B. and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by INDYMAC BANK, F.S.B. to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 10 day of June, 2010.

                                              NOTARY PUBLIC

one west asg          AME RIVERA
                      MY COMMISSION EXPIRES
                      March 11, 2014

* P B M *      * F 0 8 - 5 6 3 9 1 *      * D 1 1 0 4 *